Official Form 4
10/05

# UNITED STATES BANKRUPTCY COURT
## Southern District of Texas, Houston Division

In re   **Delia Garcia Diaz** _____ ,
                              Debtor

Case No.   **05-94877-H1-11** _____

Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Patricia Garcia as next friend of minors Demetria Garcia, Blanco V Pardo, Vidal Pardo, Jr., c/o Michael Von Blon, Atty 1231 Antoine Houston, Tx  77055** | **Dale Johnson, esq. (512) 328-7764** | **personal injury** | **Contingent Disputed Setoff** | **1,500,000 Collateral FMV 380,000** |
| **Maxie Strong 6025 Clover Ridge St Houston, Tx  77087** | **c/o John Barker, esq. 5959 West Loop S, Ste 500 Bellaire, Tx  77401 (713) 665-3800** | **attorney's fees** | **Disputed** | **28,013** |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **Entertainment by J & J Inc. c/o Riecke Baumann 1601 Westheimer Houston, Tx 77006** | **Riecke Baumann, esq (713) 529-1600** | **trade debt** | **Disputed** | **16,000** |
| **Maxie Strong 6025 Clover Ridge St Houston, Tx 77087** | **c/o John Barker, esq. 5959 West Loop S, Ste 500 Bellaire, Tx 77401 (713) 665-3800** | **mortgage** | | **210,800 Collateral FMV 200,000** |
| **John A. Barker, Atty 5959 West Loop S, Ste 500 Bellaire, Tx 77401** | **John Barker, esq. 5959 West Loop S, Ste 500 Bellaire, Tx 77401 (713) 665-3800** | **attorney's fees** | **Disputed** | **6,407** |
| **Manfred H. Quentel, DDS 7810 FM 1960 East, Ste 105 Humble, Tx 77346** | **Dr. Quentel** | **dental services** | | **1,015** |
| **Dale O Johnson, Attorney 230 The Espirit Bldg 515 Capital of Texas Hwy S. Austin, Texas 78746** | **Dale Johnson, esq. (512) 328-7764** | **attorney's fees** | **Contingent Unliquidated Disputed** | **1** |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date  **10-16-2005**  _____   Signature   **/s/ Delia Garcia Diaz**  _____

**DELIA GARCIA DIAZ**

Form B6A
(10/05)

In re   **Delia Garcia Diaz**

**Debtor**

Case No.   **05-94877-H1-11**

**(If known)**

# SCHEDULE A - REAL PROPERTY

 Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

 **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

 If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

 If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Lot 53 , Block 5, Sterling Green Sec 8, Harris County, Texas; single family residence, homestead** <br><br> **1415 Somercotes Lane Channelview, TX 77530** | **Fee Simple** | | **141,300** | **None** |
| **Tracts 6, 6A, 6B, 7A & 7B, Parkview, Harris County, Texas;  bar/lounge known as Las Palmas Club** <br><br> **4670 Telephone Road Houston, Tx 77087** | **Fee Simple** | | **200,000** | **202,500** |
| **Lots 15 & 16 & S 129 Ft of lot 17, Block H, Houston Acreage Estates, Harris County, Texas; bar/lounge known as Las Palmas Back Door** | **Fee Simple** | | **200,000** | **None** |
| | | Total | | |

(Report also on Summary of Schedules.)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

Form B6A
(10/05)

In re __Delia Garcia Diaz__                          Case No.  __05-94877-H1-11__
           **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **5618 Telephone Road Houston, TX 77087** | | | | |
| **Tract  7 (001* TR 14), Parkview, Harris County, Texas;  used car lot known as Continental Motors, on 3/4 acre**<br><br>**4678 Telephone Road Houston, Tx 77087** | **Fee Simple** | | **80,000** | **None** |

Total ➤ | **621,300**

(Report also on Summary of Schedules.)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

Form B6B
(10/05)

In re __Delia Garcia Diaz_____        Case No. __05-94877-H1-11_____
Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **cash** | | **2,839** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **savings account, Wells Fargo Bank** | | **242** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **security deposit held as landlord for damages and rental charges, lease to Continental Motors** | | **1,200** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **sofa $100, love seat $ 50, Side chair $50, coffee table $30, end table $30, entertainment center $300, color television $150, vcr $25, crystal $200, lamp $50** | | **985** |
| | | **stove $100, refrigerator $150, dishwasher $50, microwave oven $25, pots and pans $25, dishes and glassware $25, flatware $10, table & chairs $100, washer $100, dryer $100** | | **685** |
| | | **beds(3) $400, dresser(3) $110, tv stand(2) $60, lamps(2) $60, tv(3) $350, computer $500, computer desk $25, printer $25, nightstand $30, dvd player $50** | | **1,610** |
| | | **towels/linens $80, misc. toilette articles $20, lawnmower $150** | | **250** |

Form B6B-Cont.
(10/05)

In re   **Delia Garcia Diaz**                                    Case No.   **05-94877-H1-11**
                  Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | computer $500, desk $50, chair $30, printer $50, copy machine $100, towel/linens $80,  misc. toilette articles $20, | | 830 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | shirts $200, pants $200, shoes $100, coats $50, blouses $150, slacks $100, dresses $250, shoes $200, coats $100 | | 1,350 |
| | | shirts $200, pants $200, shoes $200, coats $50 | | 650 |
| 7.   Furs and jewelry. | | watch(2) $100, rings $200, necklace $200 | | 500 |
| | | watch $50, necklace $25 | | 75 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | common stock, 100% owner, Las Palmas Nightclub, Inc. | | 1 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651  -  31360

Form B6B-Cont.
(10/05)

In re **Delia Garcia Diaz**

Debtor

Case No. **05-94877-H1-11**

(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | lease as landlord for car lot, Continental Motors, $1,500 mo income | | 1 |
| | | lease as landlord, for bar/lounge Las Palmas Back Door, $3,500 mo. lease held for benefit of Las Palmas Nightclub, Inc. | | 1 |
| | | lease as landlord, for bar/lounge Las Palmas Club, $3,300 mo for two years, lease held for benefit of Las Palmas Nightclub, Inc. | | 1 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | | child support receivable from Ruben Diaz, $50,500 past due, $505 mo | | 50,500 |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

In re   **Delia Garcia Diaz**                                            Case No.  **05-94877-H1-11**
_____                                    _____
                        Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Ford Explorer** | | **8,000** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **used furniture, 20 tables $400, 80 chairs $400, 2 beer coolers $800, located at Las Palmas Club, leased out; held for benefit of Las Palmas Nightclub, Inc.** | | **1,600** |
| | | **used furniture, 15 tables  $300, 60 chairs $300, 2 beer coolers $800, located at bar, Las Palmas Back Door; property held for Las Palmas Nightclub, Inc.** | | **1,400** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____**0**_____   continuation sheets attached     Total     $       **72,720**

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

In re __Delia Garcia Diaz__        Case No. __05-94877-H1-11__
        **Debtor**                                                   **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2):

☑ 11 U.S.C. § 522(b)(3):

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| sofa $100, love seat $ 50, Side chair $50, coffee table $30, end table $30, entertainment center $300, color television $150, vcr $25, crystal $200, lamp $50 | Tex. Prop. Code 42.002(a)(1) furnishings | 985 | 985 |
| stove $100, refrigerator $150, dishwasher $50, microwave oven $25, pots and pans $25, dishes and glassware $25, flatware $10, table & chairs $100, washer $100, dryer $100 | Tex. Prop. Code 42.002(a)(1) furnishings | 685 | 685 |
| beds(3) $400, dresser(3) $110, tv stand(2) $60, lamps(2) $60, tv(3) $350, computer $500, computer desk $25, printer $25, nightstand $30, dvd player $50 | Tex. Prop. Code 42.002(a)(1) furnishings | 1,610 | 1,610 |
| towels/linens $80, misc. toilette articles $20, lawnmower $150 | Tex. Prop. Code 42.002(a)(1) furnishings | 250 | 250 |
| watch(2) $100, rings $200, necklace $200 | Tex. Prop. Code 42.002(a)(6) jewelry | 500 | 500 |
| shirts $200, pants $200, shoes $100, coats $50, blouses $150, slacks $100, dresses $250, shoes $200, coats $100 | Tex. Prop. Code 42.002(a)(5) apparel | 1,350 | 1,350 |
| computer $500, desk $50, chair $30, printer $50, copy machine $100, towel/linens $80,  misc. toilette articles $20, | Tex. Prop. Code 42.002(a)(1) furnishings | 830 | 830 |
| shirts $200, pants $200, shoes $200, coats $50 | Tex. Prop. Code 42.002(a)(5) apparel | 650 | 650 |
| watch $50, necklace $25 | Tex. Prop. Code 42.002(a)(6) jewelry | 75 | 75 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

In re __Delia Garcia Diaz__                          Case No.  __05-94877-H1-11__
                    Debtor                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Lot 53 , Block 5, Sterling Green Sec 8, Harris County, Texas; single family residence, homestead | Tex Property Code 41.001(a) homestead, burial | 141,300 | 141,300 |
| used furniture, 20 tables $400, 80 chairs $400, 2 beer coolers $800, located at Las Palmas Club, leased out; held for benefit of Las Palmas Nightclub, Inc. | Tex. Prop. Code 42.002(a)(4) tools, etc | 0 | 1,600 |
| used furniture, 15 tables $300, 60 chairs $300, 2 beer coolers $800, located at bar, Las Palmas Back Door; property held for Las Palmas Nightclub, Inc. | Tex. Prop. Code 42.002(a)(4) tools, etc | 1,400 | 1,400 |
| security deposit held as landlord for damages and rental charges, lease to Continental Motors | Tex. Prop. Code 42.002(a)(4) tools, etc | 1,200 | 1,200 |
| child support receivable from Ruben Diaz, $50,500 past due, $505 mo | Tex. Prop. Code 42.001(b)(3) support | 50,500 | 50,500 |
| 2000 Ford Explorer | Tex. Prop. Code 42.002(a)(9) vehicles | 8,000 | 8,000 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

Form B6D
(10/05)

In re _____**Delia Garcia Diaz**_____,      Case No. _____**05-94877-H1-11**_____
                        **Debtor**                                                                  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, indicate that by stating "a minor child." See 11 U.S.C §112; Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Maxie Strong** <br> **6025 Clover Ridge St** <br> **Houston, Tx  77087** | X | | Lien: First Mortgage <br> Security: Tracts 6, 6A, 6B, 7A & 7B, Parkview, Harris County, Texas;  bar/lounge known as Las Palmas Club Las Palmas Nightclub, Inc. mortgage payments $2,930 mo, lease income $3,300 mo., personal liability <br><br> VALUE $          **200,000** | | | | **210,800** | **10,800** |
| ACCOUNT NO. <br><br> **Michael Von Blon, Attorney** <br> **1231 Antone** <br> **Houston, Tx  77055** | X | | Lien: executed judgment lien <br> **Security: non exempt real property lawsuit, default judgment 3-1-2004 against debtor, attorneys fees as 40% of judgment of Patricia Garcia lawsuit** <br><br> VALUE $          **480,000** | X | | X | **1** | **0** |
| ACCOUNT NO. <br><br> **Patricia Garcia as next friend of minors** <br> **Demetria Garcia, Blanco V Pardo, Vidal** <br> **Pardo, Jr., c/o Michael Von Blon, Atty** <br> **1231 Antone** <br> **Houston, Tx  77055** | X | | Lien: executed judgment lien <br> **Security: non exempt real property lawsuit, default judgment 3-1-2004 against debtor. judgment of $1,500,000 less 40% attorney's fees to Michael Von Blon** <br><br> VALUE $          **380,000** | X | | X | **1,500,000** | **1,120,000** |
| | | | <br><br><br><br> VALUE $ | | | | | |

_____0_____ continuation sheets attached

                                                           Subtotal ▶  $   **1,710,801**
                                             (Total of this page)
                                                Total ▶  $   **1,710,801**
                                      (Use only on last page)
                                          (Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

Form B6E
(10/05)

In re **Delia Garcia Diaz**_____,          Case No.____**05-94877-H1-11**____
                                    Debtor                                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the subsection of the Bankruptcy Code described below which assigns the priority, such as "Sec. 507(a)(4)."

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." Do not include the name or address of a minor child in this schedule. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. On the last sheet of this Schedule E, report the total of all claims entitled to priority under § 507(a)(1) and § 507(a)(8) in the box labeled "Total of Claims Entitled to Priority under §§ 507(a)(1) and (a)(8)" and report separately the total of all other claims in the box labeled "Total of ALL Claims Entitled to Priority." Report these totals also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

Form B6E
(10/05)

In re __**Delia Garcia Diaz**_____,   Case No. __**05-94877-H1-11**_____
               Debtor                                                                    (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

          **1**   continuation sheets attached

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

Form B6E - Cont.
(10/05)

In re  __Delia Garcia Diaz_____,        Case No. ___05-94877-H1-11_____
                           **Debtor**                                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   **Sec. 507(a)(8)**

**TYPE OF PRIORITY  (Example: "Sec. 507(a)(1)")**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**IRS**<br>**1919 Smith , Stop  Hou 5024**<br>**Houston, Texas  77002** | | | **income tax liability, 1998 to present** | | | X | **52,000** | **52,000** |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ | $ | **52,000**
(Total of this page)
Total ➤ | $ | **52,000**
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651  -  31360

Form B6F (10/05)

In re ___Delia Garcia Diaz_____,         Case No. ____05-94877-H1-11_____
            **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. Proc. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Dale O Johnson, Attorney**<br>**230 The Espirit Bldg**<br>**515 Capital of Texas Hwy S.**<br>**Austin, Texas  78746** | | | legal fees due to collection of default judgment | X | X | X | 1 |
| ACCOUNT NO.<br><br>**Entertainment by J & J Inc.**<br>**c/o Riecke Baumann**<br>**1601 Westheimer**<br>**Houston, Tx  77006** | | | judgment and attorney's fees entered June 12, 2002 | | | X | 16,000 |
| ACCOUNT NO.<br><br>**John A. Barker, Atty**<br>**5959 West Loop S, Ste 500**<br>**Bellaire, Tx  77401** | | | default judgment for attorney's fees in litigation cause no 2001-358678 | | | X | 6,407 |
| ACCOUNT NO.  **0281**<br><br>**Manfred H. Quentel, DDS**<br>**7810 FM 1960 East, Ste 105**<br>**Humble, Tx  77346** | | | Consideration: dental services | | | | 1,015 |

___1___ continuation sheets attached

Subtotal ➤ $    **23,423**
(Total of this page)

Total ➤ $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

Form B6F - Cont.
(10/05)

In re __Delia Garcia Diaz_____,          Case No. ___05-94877-H1-11_____
             **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Maxie Strong** <br> **6025 Clover Ridge St** <br> **Houston, Tx  77087** | | | **default judgment for attorney's fees in litigation cause no 2001-35678** | | | X | 28,013 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                  Subtotal▶   $      **28,013**
                                          (Total of this page)
                                                Total▶   $      **51,436**
              (Use only on last page of the completed Schedule F.)

                                (Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

Official Form B6G
(10/05)

05-94877-H1-11

In re __Delia Garcia Diaz_____     Case No. _____
           **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases or contracts, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Continental Motors**<br>**4678 Telephone Rd.**<br>**Houston, Texas  77087** | **lease for three years as landlord of used car lot, $1,500 mo, one month deposit of $1,200, landlord pays property taxes $2,500 yr**<br><br>**Lease on nonresidential real property** |
| **Las Palmas Back Door**<br>**5618 Telephone Rd.**<br>**Houston, Tx  77087** | **lease for ten years for the benefit of Las Palmas Nightclub, Inc. as landlord to Refugio Medina  of bar/lounge; $3,500 mo, landlord pays property taxes $6,500 yr**<br><br>**Lease on nonresidential real property** |
| **Las Palmas Club**<br>**4660 Telephone Rd.**<br>**Houston, Tx  77087** | **lease for benefit of Las Palmas Nightclub, Inc. as landlord to Alberto Valdez of bar/louge, $3,300 mo for five years, landlord pays property taxes of $4,500 yr**<br><br>**Lease on nonresidential real property** |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

In re    **Delia Garcia Diaz** _____    Case No.    **05-94877-H1-11** _____

               Debtor                                                           (if known)

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Las Palmas Nightclub, Inc<br>1415 Somercotes Ln<br>Channelview, Tx  77530**<br><br>**Las Palmas Club** | **Patricia Garcia, and minors Demetria<br>Garcia, Blanco V Pardo, Vidal Pardo, Jr<br>c/o Michael Von Blon, Attorney<br>707 Travis, 4th Floor<br>Houston, Tx  77002** |
| **Las Palmas Nightclub, Inc.** | **Maxie Strong<br>6025 Clover Ridge St<br>Houston, Tx  77087** |

Form B6I
10/05

In re **Delia Garcia Diaz**                                    Case No. ___**05-94877-H1-11**___
_____
Debtor                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: **Divorced** | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| | RELATIONSHIP    son    son | AGE    14    12 |

| Employment: Occupation | DEBTOR **sales manager, part time** | SPOUSE |
| --- | --- | --- |
| Name of Employer | **La Princesa Boutique** | |
| How long employed | **1 1/2 years** | |
| Address of Employer | **727 Freeport St., Ste #7** | **N.A.** |
| | **Houston, Tx  77015** | |

**Income:** (Estimate of monthly income as of the filing of the petition)

|  | | DEBTOR | SPOUSE |
| --- | --- | --- | --- |
| 1. | Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0 | $ N.A. |
| 2. | Estimated monthly overtime | $ 0 | $ N.A. |
| 3. | SUBTOTAL | $ 0 | $ N.A. |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0 | $ N.A. |
| | b. Insurance | $ 0 | $ N.A. |
| | c. Union Dues | $ 0 | $ N.A. |
| | d. Other (Specify:_____) | $ 0 | $ N.A. |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0 | $ N.A. |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0 | $ N.A. |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0 | $ N.A. |
| 8. | Income from real property | $ 4,300 | $ N.A. |
| 9. | Interest and dividends | $ 0 | $ N.A. |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ N.A. |
| 11. | Social security or other government assistance ( Specify)_____ | $ 0 | $ N.A. |
| 12. | Pension or retirement income | $ 0 | $ N.A. |
| 13. | Other monthly income **La Princesa Bautismal Boutique income** (Specify)_____ | $ 860 $ 0 | $ N.A. $ N.A. |
| 14. | SUBTOTAL OF INCOME REPORTED ON LINES 7 THROUGH 13 | $ 5,160 | $ N.A. |
| 15. | TOTAL MONTHLY INCOME (Add amounts shown on Lines 6 through 14.) | $ 5,160 | $ N.A. |

16.  TOTAL COMBINED MONTHLY INCOME        $ **5,160**            (Report also on Summary of Schedules)

17.  Describe any increase [or decrease] in income anticipated to occur within the year following the filing of this document:

**income depends on continued receipt of rental income, health issues may decrease earnings**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

Official Form B6J
(10/05)

In re___**Delia Garcia Diaz**_____   Case No.___**05-94877-H1-11**_____
                          **Debtor**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                          $_____**0**
    a. Are real estate taxes included?        Yes _____ No ___✓___
    b. Is property insurance included?        Yes _____ No ___✓___
2. Utilities: a. Electricity and heating fuel                                                             $_____**390**
    b. Water and sewer                                                                              $_____**53**
    c. Telephone                                                                                       $_____**134**
    d. Other **internet $22, cable $77, cell $197**_____   $_____**296**
3. Home maintenance (repairs and upkeep)                                                          $_____**300**
4. Food                                                                                                          $_____**590**
5. Clothing                                                                                                       $_____**75**
6. Laundry and dry cleaning                                                                             $_____**30**
7. Medical and dental expenses                                                                         $_____**650**
8. Transportation (not including car payments)                                                   $_____**100**
9. Recreation, clubs and entertainment, newspapers, magazines, etc.                     $_____**50**
10. Charitable contributions                                                                             $_____**0**
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's                                                                 $_____**110**
    b. Life                                                                                             $_____**0**
    c. Health                                                                                          $_____**786**
    d. Auto                                                                                             $_____**120**
    e. Other _____           $_____**0**
12. Taxes (not deducted from wages or included in home mortgage payments)
(Specify) _____**residence ad valorem, self employment**_____               $_____**330**
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
    a. Auto                                                                                             $_____**0**
    b. Other                                                                                           $_____**0**
    c. Other _____           $_____**0**
14. Alimony, maintenance, and support paid to others                                          $_____**0**
15. Payments for support of additional dependents not living at your home              $_____**0**
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)   $_____**0**
17. Other _____   $_____**0**
18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)                 $_____**4,014**
19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
    a. Total projected monthly income                                                        $_____**5,160**
    b. Total projected monthly expenses                                                     $_____**4,014**
    c. Monthly net income (a. minus b.)                                                     $_____**1,146**

*[Chapter 12 and 13 Debtors Only: State amount and whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.]*
21. Total amount to be paid into plan $_____**N.A.**_____ each ____**N.A.**_____ (interval).

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 4.0.0-651 - 31360

Form 6-Summary
(10/05)

# United States Bankruptcy Court
## Southern District of Texas, Houston Division

In re   **Delia Garcia Diaz**

Debtor

Case No.   **05-94877-H1-11**

Chapter   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 2 | $  621,300 | | |
| B – Personal Property | YES | 4 | $  72,720 | | |
| C –  Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $  1,710,801 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 | | $  52,000 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $  51,436 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $  5,160 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $  4,014 |
| **TOTAL** | | 18 | $  694,020 | $  1,814,237 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

Form 6-Summ2
(10/05)

# United States Bankruptcy Court
## Southern District of Texas, Houston Division

In re   **Delia Garcia Diaz**
_____
Debtor

Case No.   **05-94877-H1-11**
_____

Chapter   **11**
_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES
## (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **52,000** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ | **0** |
| Student Loan Obligations (from Schedule F) | $ | **0** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0** |
| TOTAL | $ | **52,000** |

The foregoing information is for statistical purposes only under 28 U.S.C § 159.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

Official Form 6-Decl.
(10/05)

In re   **Delia Garcia Diaz**                                    Case No.   **05-94877-H1-11**
_____                              _____
            **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **19** _____

sheets, and that they are true and correct to the best of my knowledge, information, and belief.          *(Total shown on summary page plus 1.)*

Date **10-16-2005** _____                    Signature: **/s/ Delia Garcia Diaz** _____
                                                                                    Debtor:

Date _____                                   Signature: **Not Applicable** _____
                                                                              (Joint Debtor, if any)

                                                        [If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____          _____
      Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this documen, unless the bankruptcy petition preparer is not an individualt:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.          *(Total shown on summary page plus 1.)*

Date _____                    Signature: _____

                                                              _____
                                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

----------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

# UNITED STATES BANKRUPTCY COURT
## Southern District of Texas, Houston Division

In Re ___Delia Garcia Diaz_____

Case No. __05-94877-H1-11_____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

  This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  Do not include the name or address of a minor child in this statement.  Indicate payments, transfers and the like to minor children by stating "a minor child."  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

  Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

  *"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

  *"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

  **1. Income from employment or operation of business**

  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation ofthe debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

| | AMOUNT | SOURCE |
|---|---|---|
| 2005 | 100,400 | botique and bar earnings $12,400; gross lease receipts $88,000 |
| 2004 | 125,500 | botique earnings $20,800; gross  lease receipts $147,600 |
| 2003 | 125,500 | botique earnings $20,800; gross  lease receipts $104,700 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

**2.   Income other than from employment or operation of business**

None
☒
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

**3. Payments to creditors**

None
☒
*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐
*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**see attached list of disbursements**
**for 3a. and 3b.**

Delia Diaz

Statement of Financial Affairs

3.a

3.b

<div align="center">Register</div>

10/26/2005

Cash Register through 10/16/2005:

| Date | No./Ref. | Name | Account | Memo | Amount | C | Balance |
|------|----------|------|---------|------|--------|---|---------|
| 10/01/2005 | | | -split- | Deposit | 8,300.00 | | 8,322.95 |
| 10/01/2005 | 48 | Dish Network | Utilities:Cable | | -76.81 | | 8,246.14 |
| 10/01/2005 | 52 | Maxie Strong | Mortgage - Maxie St... | | -2,829.85 | | 5,416.29 |
| 10/01/2005 | 53 | Aol | Utilities:Internet | | -21.95 | | 5,394.34 |
| 10/01/2005 | 66 | Spring Creek P... | Repairs:Home | | -2,990.00 | | 2,404.34 |
| 10/01/2005 | 67 | Pedro Campos | Automobile Expense | | -8,000.00 | | -5,595.66 |
| 10/01/2005 | | | Rental:Taxes | Deposit | 11,134.00 | | 5,538.34 |
| 10/01/2005 | 110 | Kroger | Supplies:Grocery | | -177.68 | | 5,360.66 |
| 10/03/2005 | 111 | Cingular | Utilities:Cellular | | -223.38 | | 5,137.28 |
| 10/03/2005 | 125 | Pronote Insuran... | Insurance:4660 Tele... | | -1,325.00 | | 3,812.28 |
| 10/03/2005 | | | La Princesa Boutique | Deposit | 78.00 | | 3,890.28 |
| 10/04/2005 | 82 | Hollywood Vid... | Miscellaneous:Recre... | | -12.84 | | 3,877.44 |
| 10/04/2005 | 114 | Walgreens | Medical:RX | | -35.00 | | 3,842.44 |
| 10/04/2005 | 121 | Walgreens | Medical:RX | | -50.00 | | 3,792.44 |
| 10/04/2005 | 122 | Dr. Cuervo | Medical:Visits | | -45.00 | | 3,747.44 |
| 10/05/2005 | | Office Depot | Supplies:Office | | -35.25 | | 3,712.19 |
| 10/05/2005 | 112 | Office Depot | Supplies:Office | | -63.86 | | 3,648.33 |
| 10/06/2005 | 49 | Dr. Quentel DDS | Medical:Orthodontist | | -143.00 | | 3,505.33 |
| 10/06/2005 | 57 | Harris County ... | Utilities:Water | | -44.29 | | 3,461.04 |
| 10/06/2005 | 59 | TXU | Utilities:Electricity | | -522.81 | | 2,938.23 |
| 10/06/2005 | 60 | Delta Insurance | Insurance:Dental | | -385.00 | | 2,553.23 |
| 10/06/2005 | 113 | Office Depot | Supplies:Office | | -15.16 | | 2,538.07 |
| 10/09/2005 | 84 | Walgreens | Medical:RX | | -55.00 | | 2,483.07 |
| 10/09/2005 | 85 | Walgreens | Medical:RX | | -20.00 | | 2,463.07 |
| 10/09/2005 | 115 | Sam's Club | Supplies:Grocery | | -163.57 | | 2,299.50 |
| 10/10/2005 | | | La Princesa Boutique | Deposit | 95.00 | | 2,394.50 |
| 10/11/2005 | 116 | Walgreens | Supplies:Grocery | | -32.00 | | 2,362.50 |
| 10/11/2005 | 117 | Huffman Denta... | Medical:Dentist | | -172.00 | | 2,190.50 |
| 10/11/2005 | 118 | Walgreens | Supplies:Grocery | | -30.08 | | 2,160.42 |
| 10/11/2005 | 119 | JcPenney | Miscellaneous:Cloth... | | -21.59 | | 2,138.83 |
| 10/11/2005 | 120 | Walgreens | Medical:RX | | -44.67 | | 2,094.16 |
| 10/11/2005 | 123 | Hollywood Vid... | Miscellaneous:Recre... | | -20.12 | | 2,074.04 |
| 10/13/2005 | 50 | Blue Cross Blu... | Insurance:Medical | | -401.00 | | 1,673.04 |
| 10/13/2005 | 51 | Chevron | Miscellaneous:Gas | | -50.00 | | 1,623.04 |
| 10/15/2005 | 55 | MCI | Utilities:Phone | | -424.18 | | 1,198.86 |
| 10/15/2005 | 62 | Pete Westin | Professional Fees:Le... | | -17,005.00 | | -15,806.14 |
| 10/15/2005 | | | Rental | Deposit | 17,005.00 | | 1,198.86 |

<div align="center">Page 1</div>

Register                                          10/26/2005

Cash Register through 09/30/2005:

| Date | No./Ref. | Name | Account | Memo | Amount | C | Balance |
|------|----------|------|---------|------|--------|---|---------|
| 09/20/2005 | 93 | Hollywood Vid... | Miscellaneous:Recre... | | -12.84 | | 600.26 |
| 09/25/2005 | 95 | Sam's Club | Supplies:Grocery | | -119.13 | | 481.13 |
| 09/26/2005 | 86 | Sam's Club | Supplies:Grocery | Ipod | -326.80 | | 154.33 |
| 09/27/2005 | 92 | Walgreens | Supplies:Grocery | | -19.91 | | 134.42 |
| 09/27/2005 | 109 | Hollywood Vid... | Miscellaneous:Recre... | | -8.54 | | 125.88 |
| 09/29/2005 | 54 | MCI | Utilities:Phone | | -102.93 | | 22.95 |

Page 2

# Register

10/24/2005

Cash Register through 08/31/2005:

| Date | No./Ref. | Name | Account | Memo | Amount | C | Balance |
|------|----------|------|---------|------|--------|---|---------|
| 08/01/2005 | To Print | Maxie Strong | Mortgage - Maxie St... | | -2,829.85 | | -2,762.64 |
| 08/01/2005 | To Print | Daniel E Ocon... | Bankruptcy | | -3,401.00 | | -6,163.64 |
| 08/01/2005 | | | -split- | Deposit | 9,697.00 | | 3,533.36 |
| 08/01/2005 | To Print | Wells Fargo | Bank Service Charges | | -8.00 | | 3,525.36 |
| 08/01/2005 | To Print | Blue Cross Blu... | Insurance:Medical | | -363.00 | | 3,162.36 |
| 08/01/2005 | To Print | Aol | Utilities:Internet | | -21.95 | | 3,140.41 |
| 08/01/2005 | To Print | Alarm Masters | Security:Alarm | | -58.46 | | 3,081.95 |
| 08/01/2005 | To Print | Dr. Quentel DDS | Medical:Orthodontist | | -293.00 | | 2,788.95 |
| 08/01/2005 | To Print | Cingular | Utilities:Cellular | | -220.00 | | 2,568.95 |
| 08/01/2005 | To Print | Chevron | Miscellaneous:Gas | | -100.00 | | 2,468.95 |
| 08/02/2005 | To Print | Dr. Rosenstock | Medical:Visits | | -350.00 | | 2,118.95 |
| 08/02/2005 | To Print | Walgreens | Medical:RX | | -35.00 | | 2,083.95 |
| 08/02/2005 | 9 | Hollywood Vid... | Miscellaneous:Recre... | | -25.15 | | 2,058.80 |
| 08/04/2005 | To Print | Sam's Club | Supplies:Grocery | | -85.16 | | 1,973.64 |
| 08/04/2005 | To Print | TXU | Utilities:Electricity | | -463.31 | | 1,510.33 |
| 08/07/2005 | To Print | Kroger | Supplies:Grocery | | -103.32 | | 1,407.01 |
| 08/09/2005 | To Print | Dr. Rosenstock | Medical:Visits | | -300.00 | | 1,107.01 |
| 08/10/2005 | 18 | Lids | Miscellaneous:Cloth... | | -67.33 | | 1,039.68 |
| 08/12/2005 | 21 | Dr. Malcolm M... | Medical:Visits | | -35.00 | | 1,004.68 |
| 08/14/2005 | 20 | WalMart | Supplies:Grocery | | -266.12 | | 738.56 |
| 08/15/2005 | 22 | Hollywood Vid... | Miscellaneous:Recre... | | -16.24 | | 722.32 |
| 08/15/2005 | 23 | Walgreens | Medical:RX | | -20.00 | | 702.32 |
| 08/21/2005 | 26 | Shoe Carnival | Miscellaneous:Cloth... | | -111.86 | | 590.46 |
| 08/21/2005 | 29 | Office Depot | Supplies:School | | -77.53 | | 512.93 |
| 08/21/2005 | 30 | Dish Network | Utilities:Cable | | -76.81 | | 436.12 |
| 08/21/2005 | 31 | MCI | Utilities:Phone | | -75.79 | | 360.33 |
| 08/21/2005 | 32 | Harris County ... | Utilities:Water | | -53.28 | | 307.05 |
| 08/23/2005 | 25 | Kroger | Supplies:Grocery | | -46.89 | | 260.16 |
| 08/25/2005 | 27 | Walgreens | Supplies:School | | -20.35 | | 239.81 |
| 08/29/2005 | 61 | City of Housto... | Security:Alarm | | -10.00 | | 229.81 |

# Register

10/24/2005

Cash Register through 07/31/2005:

| Date | No./Ref. | Name | Account | Memo | Amount | C | Balance |
|------|----------|------|---------|------|--------|---|---------|
| 07/01/2005 | | | -split- | Deposit | 8,497.00 | | 8,558.57 |
| 07/01/2005 | To Print | Maxie Strong | Mortgage - Maxie St... | | -2,829.85 | | 5,728.72 |
| 07/01/2005 | To Print | Daniel E Ocon... | Bankruptcy | | -3,401.00 | | 2,327.72 |
| 07/01/2005 | To Print | Wells Fargo | Bank Service Charges | | -8.00 | | 2,319.72 |
| 07/01/2005 | To Print | Blue Cross Blu... | Insurance:Medical | | -363.00 | | 1,956.72 |
| 07/01/2005 | To Print | Aol | Utilities:Internet | | -21.95 | | 1,934.77 |
| 07/01/2005 | To Print | Dr. Quentel DDS | Medical:Orthodontist | | -291.00 | | 1,643.77 |
| 07/01/2005 | To Print | Chevron | Miscellaneous:Gas | | -80.00 | | 1,563.77 |
| 07/02/2005 | To Print | Alarm Masters | Security:Alarm | | -51.00 | | 1,512.77 |
| 07/03/2005 | 7 | Walgreens | Medical:RX | | -35.00 | | 1,477.77 |
| 07/05/2005 | To Print | Cingular | Utilities:Cellular | | -160.00 | | 1,317.77 |
| 07/05/2005 | 11 | Hollywood Vid... | Miscellaneous:Cloth... | | -12.84 | | 1,304.93 |
| 07/07/2005 | To Print | TXU | Utilities:Electricity | | -514.29 | | 790.64 |
| 07/07/2005 | To Print | Harris County ... | Utilities:Water | | -64.39 | | 726.25 |
| 07/12/2005 | To Print | Academy | Miscellaneous:Cloth... | | -69.23 | | 657.02 |
| 07/12/2005 | To Print | Sam's Club | Supplies:Grocery | | -172.98 | | 484.04 |
| 07/12/2005 | 10 | Hollywood Vid... | Miscellaneous:Recre... | | -16.24 | | 467.80 |
| 07/12/2005 | 12 | WalMart | Supplies:Grocery | | -35.05 | | 432.75 |
| 07/19/2005 | To Print | Walgreens | Medical:RX | | -20.00 | | 412.75 |
| 07/19/2005 | To Print | Sam's Club | Supplies:Grocery | | -158.67 | | 254.08 |
| 07/19/2005 | 8 | Hollywood Vid... | Miscellaneous:Recre... | | -26.82 | | 227.26 |
| 07/21/2005 | To Print | Dish Network | Utilities:Cable | | -76.81 | | 150.45 |
| 07/21/2005 | To Print | MCI | Utilities:Phone | | -83.24 | | 67.21 |

Register                                    10/26/2005

Cash Register through 09/30/2005:

| Date | No./Ref. | Name | Account | Memo | Amount | C | Balance |
|------|----------|------|---------|------|--------|---|---------|
| 09/01/2005 | 33 | Driving Training | School:Education | | -215.00 | | 14.81 |
| 09/01/2005 | 34 | Sam's Club | Supplies:Grocery | | -96.38 | | -81.57 |
| 09/01/2005 | | | -split- | Deposit | 7,247.00 | | 7,165.43 |
| 09/01/2005 | 35 | Maxie Strong | Mortgage - Maxie St... | | -2,829.85 | | 4,335.58 |
| 09/01/2005 | 40 | Blue Cross Blu... | Insurance:Medical | | -401.00 | | 3,934.58 |
| 09/01/2005 | 41 | Aol | Utilities:Internet | | -21.95 | | 3,912.63 |
| 09/01/2005 | 42 | Dr. Quentel DDS | Medical:Orthodontist | | -297.00 | | 3,615.63 |
| 09/01/2005 | 43 | Cingular | Utilities:Cellular | | -134.00 | | 3,481.63 |
| 09/01/2005 | 44 | Chevron | Miscellaneous:Gas | | -100.00 | | 3,381.63 |
| 09/01/2005 | 47 | Dish Network | Utilities:Cable | | -76.81 | | 3,304.82 |
| 09/01/2005 | 58 | TXU | Utilities:Electricity | | -498.27 | | 2,806.55 |
| 09/01/2005 | 77 | WalMart | Supplies:Grocery | | -96.38 | | 2,710.17 |
| 09/03/2005 | 76 | WalMart | Supplies:Grocery | | -44.56 | | 2,665.61 |
| 09/03/2005 | 91 | Cingular | Utilities:Cellular | | -134.00 | | 2,531.61 |
| 09/05/2005 | 78 | Walgreens | Medical:RX | | -35.00 | | 2,496.61 |
| 09/06/2005 | 56 | Harris County ... | Utilities:Water | | -70.42 | | 2,426.19 |
| 09/06/2005 | 79 | Kroger | Supplies:Grocery | | -57.67 | | 2,368.52 |
| 09/06/2005 | 80 | Sam's Club | Supplies:Grocery | | -139.47 | | 2,229.05 |
| 09/07/2005 | 89 | Lowe's | Repairs:Home | | -62.24 | | 2,166.81 |
| 09/07/2005 | 90 | Lowe's | Repairs:Home | | -57.09 | | 2,109.72 |
| 09/07/2005 | 106 | Hollywood Vid... | Miscellaneous:Recre... | | -8.12 | | 2,101.60 |
| 09/08/2005 | 88 | Academy | Supplies:School | | -56.68 | | 2,044.92 |
| 09/08/2005 | 108 | Circuit City | Supplies:Home | Podwave | -43.29 | | 2,001.63 |
| 09/09/2005 | 87 | Leslie's Swimm... | Supplies:Pool | | -42.74 | | 1,958.89 |
| 09/11/2005 | 81 | YMCA | Dues and Subscripti... | Membership | -450.00 | | 1,508.89 |
| 09/11/2005 | 102 | Walgreens | Medical:RX | | -20.00 | | 1,488.89 |
| 09/12/2005 | 101 | North Channel ... | Medical:Vet | Blue | -138.56 | | 1,350.33 |
| 09/12/2005 | 105 | Palais Royal | Miscellaneous:Cloth... | | -40.38 | | 1,309.95 |
| 09/12/2005 | 107 | Walgreens | Medical:RX | | -20.00 | | 1,289.95 |
| 09/13/2005 | 96 | Hollywood Vid... | Miscellaneous:Recre... | | -21.00 | | 1,268.95 |
| 09/13/2005 | 103 | Palais Royal | Miscellaneous:Cloth... | | -141.41 | | 1,127.54 |
| 09/14/2005 | 94 | GameStop | Miscellaneous:Recre... | | -53.11 | | 1,074.43 |
| 09/14/2005 | 104 | Lowe's | Repairs:Home | | -36.31 | | 1,038.12 |
| 09/16/2005 | 99 | Sam's Club | Supplies:Grocery | | -135.80 | | 902.32 |
| 09/18/2005 | 97 | RadioShack | Supplies:Home | Antenna | -26.55 | | 875.77 |
| 09/18/2005 | 98 | WalMart | Supplies:Grocery | | -91.18 | | 784.59 |
| 09/19/2005 | 100 | North Channel ... | Medical:Vet | Persia | -126.49 | | 658.10 |
| 09/20/2005 | 83 | Dr. Nino | Medical:Visits | | -45.00 | | 613.10 |

Page 1

None

☒     *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐     a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Patricia Garcia, as next friend of Demetria Garcia, Blanca Vidal Pardo and Vidal Pardo, Jr. v Houston Harris Division Patrol, Inc., Delia Garcia Diaz and Reuben Diaz; Cause No 2001-35678** | **wrongful death personal injury caused by another person, death April 20, 1997 Jose Vidal Pardo, shooting by Harris Patrol at Las Palmas Nightclub** | **80th Judicial District Court of Harris County, Texas** | **default judgment totaling $1,500,000 entered March 1, 2004 against debtor, settlement with co-defendant Harris Patrol** |
| **In The Interest of Ruben D. Diaz and Joey N. Diaz, Children; Cause No 97-10988** | **child support enforcement, administrative writ** | **245th Judicial District Court of Harris County, Texas** | **pending, income withholding and other relief requested by Texas Attorney General from Ruben Diaz** |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

None    b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Constable sale scheduled March 1, 2005 and November 1, 2005 for benefit of Patricia Garcia, Blanca Pardo and Vidal Pardo, Jr., and Michael Von Blon** | **February 7, 2005** | **real property of debtor except homestead** |

     **5.    Repossessions, foreclosures and returns**

None

☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

     **6.   Assignments and Receiverships**

None

☒

a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None     b.     List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒   one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.   Gifts

None   List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒   case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.   Losses

None   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒   commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.   Payments related to debt counseling or bankruptcy

None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐   for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pete W. Weston**<br>**Law Offices of Pete W. Weston**<br>**3100 Weslayan, Suite 250**<br>**Houston, Texas 77027** | **2-28-05, 8-18-05, 10-15-05**<br>**Payor: mother $10,000** | **$4,804 plus filing fee 2-28-05;**<br>**$17,005 chapter 13, 10-15-05;**<br>**$9.164 plus filing fee 8-18-05** |

**10.   Other transfers**

None   a.      List all other property, other than property transferred in the ordinary course of the business or financial
☒          affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
           commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
           either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
           is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

       b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this
       case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒      

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.   Closed financial accounts**

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
☒      were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this
       case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares
       and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and
       other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information
       concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless
       the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.   Safe deposit boxes**

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒      valuables within one year immediately preceding the commencement of this case.    (Married debtors filing
       under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a
       joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None



a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ☐

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Las Palmas NightClub, Inc.** | **1-76-0336823-8** | **1415 Somercotes Ln Channelview, Tx  77530** | **bar/lounge business** | **beginning 10-1-1994 to present** |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None     a.    List all bookkeepers and accountants who within the six years immediately preceding the filing of this
☐           bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                        DATES SERVICES RENDERED

**A. Garza**                                      **tax returns March 2005**
**3801 Kirby Dr., Ste 108**
**Houston, Tx  77098**

None     b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒           case have audited the books of account and records, or prepared a financial statement  of the debtor.

NAME                        ADDRESS              DATES SERVICES RENDERED

None     c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐           books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                        ADDRESS

**Delia Diaz**                 **1415 Somercotes Ln**
                               **Channelview, Tx  77530**

None     d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒           financial statement was issued within the two years immediately preceding the commencement of this case by
              the debtor.

NAME AND ADDRESS                        DATE
                                      ISSUED

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

**20.  Inventories**

None   a.     List the dates of the last two inventories taken of your property, the name of the person who supervised the
⊠          taking of each inventory, and the dollar amount and basis of each inventory.

  DATE OF INVENTORY              INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                               (Specify cost, market or other basis)

None   b.     List the name and address of the person having possession of the records of each of the two inventories
⊠          reported in a., above.

  DATE OF INVENTORY                            NAME AND ADDRESSES OF CUSTODIAN OF
                                                      INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None   a.     If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
⊠

  NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

None   b.     If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
⊠          directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

  NAME AND ADDRESS                    TITLE              NATURE AND PERCENTAGE OF
                                                              STOCK OWNERSHIP

**22.  Former partners, officers, directors and shareholders**

None   a.     If the debtor is a partnership, list each member who withdrew from the partnership within one year
⊠          immediately preceding the commencement of this case.

       NAME                         ADDRESS                DATE OF WITHDRAWAL

None   b.     If the debtor is a corporation, list all officers, and directors whose relationship with the corporation
⊠          terminated within one year immediately preceding the commencement of this case.

  NAME AND ADDRESS                    TITLE               DATE OF TERMINATION

**23.   Withdrawals from a partnership or distribution by a corporation**

None   If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒      including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
       perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24.   Tax Consolidation Group**

None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation
☒      of any consolidated group for tax purposes of which the debtor has been a member at any time within the
       six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25.   Pension Funds**

None   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒      which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
       immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct.

Date **10-16-2005**                    Signature      **/s/ Delia Garcia Diaz**
                                       of Debtor
                                                      **DELIA GARCIA DIAZ**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                               (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer                        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110;  18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**0**  continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

B203
12/94

# United States Bankruptcy Court
### Southern District of Texas, Houston Division

In re **Delia Garcia Diaz**

Case No. _____05-94877-H1-11_____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................……………….............. $ _____0_____

Prior to the filing of this statement I have received ........……………............... $ _____26,116_____

Balance Due .........................……………………………………..............…… $ _____0_____

2.  The source of compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.  ☑    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐    I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

**balance due is to be determined by the work done and allowed by the Court, legal representation to be compensated at hourly rates $350 per hour for P W Weston, $175 per hour for associate attorneys, paralegal at $75.00 per hour; compensation by fee application to be approved by the Court, compensation for representation to also include representation as necessary in the 80th District Court of Harris County and other courts as related to the bankruptcy case; fees to be paid in this case are not included in fees paid in the last year in prior bankruptcy representation of debtor**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____10-16-2005_____            /s/ Pete W. Weston_____
*Date*                                            *Signature of Attorney*

                                                  Law Offices of Pete W. Weston
                                                  *Name of law firm*

</div>

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-651 - 31360

**FORM 6. SCHEDULES**

Summary of Schedules

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.