**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Delia Garcia Diaz**

CASE NO   05-94877-H1-11

CHAPTER   **11**

*AMENDED 12/8/2005*
## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | Yes | 1 | $621,300.00 | | |
| B – Personal Property | Yes | 7 | $78,015.08 | | |
| C – Property Claimed as Exempt | Yes | 5 | | | |
| D – Creditors Holding Secured Claims | Yes | 1 | | $1,710,801.00 | |
| E – Creditors Holding Unsecured Priority Claims | Yes | 2 | | $52,000.00 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $74,751.00 | |
| G – Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H – Codebtors | Yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | Yes | 1 | | | $9,160.00 |
| J – Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $6,676.39 |
| Total Number of Sheets of ALL Schedules    > | | 23 | | | |
| Total Assets    > | | | $699,315.08 | | |
| Total Liabilities  > | | | | $1,837,552.00 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   Delia Garcia Diaz

CASE NO   05-94877-H1-11

CHAPTER   11

*AMENDED 12/8/2005*
## SCHEDULE A (REAL PROPERTY)

| Description And Location Of Property | Nature Of Debtor's Interest In Property | Husband, Wife, Joint Or Community | Current Market Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 1415 Somercotes Lane, Channelview, TX 77350 LT 53 BLK 5 STERLING GREEN SEC 8<br><br>Harris County | Homestead | - | $141,300.00 | $0.00 |
| 4670 Telephone Road, Houston, TX 77087 TRS 6 6A 6B 7A & 7B PARKVIEW<br><br>Harris County | Business Property | - | $200,000.00 | $210,800.00 |
| 5618 Telephone Road, Houston, TX 77087 LTS 15 & 16 & S 129 FT OF LT 17 BLK H HOUSTON ACREAGE ESTATES<br><br>Harris County | Business Property | - | $200,000.00 | $0.00 |
| 4678 Telephone Road, Houston, TX 77087 TR 7 (001*TR 14) PARKVIEW<br><br>Harris County | Business Property | - | $80,000.00 | $0.00 |
| | | Total: | $621,300.00 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## SCHEDULE B (PERSONAL PROPERTY)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $4,038.86 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Bank Savings Account #100-6757072 | - | $241.22 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Continental Motors, Lease, Security deposit held as Landlord for damages and rental charges | - | $1,200.00 |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Sofa | - | $100.00 |
| | | Love Seat | - | $50.00 |
| | | Side Chair | - | $50.00 |
| | | Coffee Table | - | $30.00 |
| | | End Table | - | $30.00 |
| | | Entertainment Center | - | $300.00 |
| | | Color Television | - | $150.00 |
| | | VCR | - | $25.00 |
| | | Crystal | - | $200.00 |
| | | Lamp | - | $50.00 |
| | | Stove | - | $100.00 |
| | | Refrigerator | - | $150.00 |

Total >   **$6,765.08**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Dish Washer | - | $50.00 |
| | | Microwave Oven | - | $25.00 |
| | | Pots & Pans | - | $25.00 |
| | | Dishes & Glassware | - | $25.00 |
| | | Flatware | - | $10.00 |
| | | Table & Chairs | - | $100.00 |
| | | Washer | - | $100.00 |
| | | Dryer | - | $100.00 |
| | | 3 Beds | - | $400.00 |
| | | 3 Dressers | - | $110.00 |
| | | 2 TV Stands | - | $60.00 |
| | | 2 Lamps | - | $60.00 |
| | | 3 Televisions | - | $350.00 |
| | | Computer | - | $500.00 |
| | | Computer Desk | - | $25.00 |
| | | Printer | - | $25.00 |
| | | Nighstand | - | $30.00 |
| | | DVD Player | - | $50.00 |
| | | Lawnmower | - | $150.00 |
| | | | Total > | $9,410.08 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## SCHEDULE B (PERSONAL PROPERTY)
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Computer | - | $500.00 |
| | | Desk | - | $50.00 |
| | | Chair | - | $30.00 |
| | | Printer | - | $50.00 |
| | | Copy Machine | - | $100.00 |
| | | Towels & Linens | - | $80.00 |
| | | Misc. Toilette Articles | - | $20.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books | - | $200.00 |
| | | 20 CDs | - | $100.00 |
| | | 100 VHS Tapes | - | $150.00 |
| 6. Wearing apparel. | | Adult Clothing -<br>Shirts - $200<br>Pants - $200<br>Shoes - $100<br>Coats - $50<br>Blouses - $150<br>Slacks - $100<br>Dresses - $250<br>Shoes - $200<br>Coats - $100 | - | $1,350.00 |
| | | Children's Clothing -<br>Shirts - $200<br>Pants - $200<br>Shoes - $200<br>Coats - $50 | - | $650.00 |
| | | | Total > | $12,190.08 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Delia Garcia Diaz**

CASE NO  **05-94877-H1-11**

CHAPTER  **11**

*AMENDED 12/8/2005*

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | 3 Watches | - | $150.00 |
| | | Rings | - | $200.00 |
| | | 2 Necklaces | - | $225.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | Las Palmas Nighclub, Inc. Common Stock, 100% Owner | - | $1.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | | Continental motors Lease as Landlord for car lot $1,500 mo. income | - | $1.00 |

Total >  **$12,768.08**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Delia Garcia Diaz**

CASE NO    **05-94877-H1-11**

CHAPTER    **11**

*AMENDED 12/8/2005*
## SCHEDULE B (PERSONAL PROPERTY)
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Las Palmas Back Door<br>Lease as Landlord for bar/lounge<br>$3,500 mo. lease held for benefit of Las Palmas Nighclub, Inc. | - | $1.00 |
| | | Las Palmas Club<br>Lease as Landlord for bar/lounge<br>$3,300 mo for two years, lease held for benefit of Las Palmas Nightclub, Inc. | - | $1.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | Child Support receivable from Ruben Diaz<br>$50,500 past due | - | $50,500.00 |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

Total  >          $63,269.08

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## SCHEDULE B (PERSONAL PROPERTY)
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | Dance Assembly License | - | $1.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Ford Explorer | - | $8,000.00 |
| | | 1998 Ford Explorer | - | $3,625.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Used Furniture - 20 Tables - $400 80 Chairs - $400 2 Beer Coolers - $800  Located at Las Palmas Club, leased out; Held for benefit of Las Palmas Nightclub, Inc. | - | $1,600.00 |
| | | Used Furniture - 15 Tables - $300 60 Chairs - $300 2 Beer Coolers - $800  Located at Las Palmas Back Door; Property held for Las Palmas Nightclub, Inc. | - | $1,400.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |

Total  >  |  $77,895.08

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:    **Delia Garcia Diaz**

CASE NO    **05-94877-H1-11**

CHAPTER    **11**

*AMENDED 12/8/2005*
## SCHEDULE B (PERSONAL PROPERTY)
*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Animals. | | 4 Dogs<br>6 Cats<br>2 Birds | - | $120.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total > | $78,015.08 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☐ 11 U.S.C. Sec. 522(b)(1):  Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. Sec. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer
portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety
or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1415 Somercotes Lane, Channelview, TX 77350<br>LT 53 BLK 5<br>STERLING GREEN SEC 8<br><br>Harris County | Const. Art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001, 41.002 | $141,300.00 | $141,300.00 |
| Sofa | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Love Seat | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Side Chair | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Coffee Table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $30.00 | $30.00 |
| End Table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $30.00 | $30.00 |
| Entertainment Center | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Color Television | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| VCR | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| | | $142,035.00 | $142,035.00 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Crystal | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Lamp | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Stove | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Refrigerator | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Dish Washer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Microwave Oven | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Pots & Pans | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Dishes & Glassware | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Flatware | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
| Table & Chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Washer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Dryer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| 3 Beds | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| | | **$143,370.00** | **$143,370.00** |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)
*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| 3 Dressers | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $110.00 | $110.00 |
| 2 TV Stands | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $60.00 | $60.00 |
| 2 Lamps | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $60.00 | $60.00 |
| 3 Televisions | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $350.00 | $350.00 |
| Computer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| Computer Desk | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Printer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Nighstand | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $30.00 | $30.00 |
| DVD Player | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Lawnmower | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Computer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| Desk | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Chair | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $30.00 | $30.00 |
| | | **$145,310.00** | **$145,310.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Delia Garcia Diaz**

CASE NO  **05-94877-H1-11**

CHAPTER  **11**

*AMENDED 12/8/2005*
## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)
*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Printer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Copy Machine | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Towels & Linens | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $80.00 | $80.00 |
| Misc. Toilette Articles | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $20.00 | $20.00 |
| Books | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| 20 CDs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| 100 VHS Tapes | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Adult Clothing - Shirts - $200 Pants - $200 Shoes - $100 Coats - $50 Blouses - $150 Slacks - $100 Dresses - $250 Shoes - $200 Coats - $100 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $1,350.00 | $1,350.00 |
| Children's Clothing - Shirts - $200 Pants - $200 Shoes - $200 Coats - $50 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $650.00 | $650.00 |
| | | **$148,010.00** | **$148,010.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)
*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| 3 Watches | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $150.00 | $150.00 |
| Rings | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $200.00 | $200.00 |
| 2 Necklaces | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $225.00 | $225.00 |
| Child Support receivable from Ruben Diaz $50,500 past due | Tex. Prop. Code § 42.001(b)(3) | $50,500.00 | $50,500.00 |
| 2000 Ford Explorer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $8,000.00 | $8,000.00 |
| 1998 Ford Explorer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $3,625.00 | $3,625.00 |
| Used Furniture - 20 Tables - $400 80 Chairs - $400 2 Beer Coolers - $800 <br><br> Located at Las Palmas Club, leased out; Held for benefit of Las Palmas Nightclub, Inc. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $1,600.00 | $1,600.00 |
| Used Furniture - 15 Tables - $300 60 Chairs - $300 2 Beer Coolers - $800 <br><br> Located at Las Palmas Back Door; Property held for Las Palmas Nightclub, Inc. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $1,400.00 | $1,400.00 |
| 4 Dogs 6 Cats 2 Birds | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | $120.00 | $120.00 |
| | | $213,830.00 | $213,830.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

<u>Exemption Totals by Category:</u>

Scheme Selected: **State**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| N/A | Real Property. | $621,300.00 | $210,800.00 | $421,300.00 | $141,300.00 | $280,000.00 |
| 1. | Cash on hand. | $4,038.86 | $0.00 | $4,038.86 | $0.00 | $4,038.86 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $241.22 | $0.00 | $241.22 | $0.00 | $241.22 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $1,200.00 | $0.00 | $1,200.00 | $0.00 | $1,200.00 |
| 4. | Household goods and furnishings, including audio, video... | $4,260.00 | $0.00 | $4,260.00 | $4,260.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $450.00 | $0.00 | $450.00 | $450.00 | $0.00 |
| 6. | Wearing apparel. | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| 7. | Furs and jewelry. | $575.00 | $0.00 | $575.00 | $575.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Stock and interests in incorporated... | $1.00 | $0.00 | $1.00 | $0.00 | $1.00 |
| 13. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Accounts receivable. | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 |
| 16. | Alimony, maintenance, support, and property settlement to which the..... | $50,500.00 | $0.00 | $50,500.00 | $50,500.00 | $0.00 |
| 17. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2005, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 22. | Licenses, franchises, and other.... | $1.00 | $0.00 | $1.00 | $0.00 | $1.00 |
| 23. | Automobiles, trucks, trailers, vehicles... | $11,625.00 | $0.00 | $11,625.00 | $11,625.00 | $0.00 |
| 24. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Office equipment, furnishings... | $3,000.00 | $0.00 | $3,000.00 | $3,000.00 | $0.00 |
| 27. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Animals. | $120.00 | $0.00 | $120.00 | $120.00 | $0.00 |
| 30. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$699,315.08** | **$210,800.00** | **$499,315.08** | **$213,830.00** | **$285,485.08** |

**Surrendered Property:**
The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|-------------:|-----:|-------:|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | **$0.00** | **$0.00** | **$0.00** |

**Non-Exempt Property by Item:**
The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|-------------:|-----:|-------:|------------------:|
| **Real Property** | | | | |
| 5618 Telephone Road, Houston, TX 77087 | $200,000.00 | | $200,000.00 | $200,000.00 |
| 4678 Telephone Road, Houston, TX 77087 | $80,000.00 | | $80,000.00 | $80,000.00 |
| **Personal Property** | | | | |
| Cash | $4,038.86 | | $4,038.86 | $4,038.86 |

*Copyright 1996-2005, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 – All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 2*

| | | | |
|---|---|---|---|
| Wells Fargo Bank | $241.22 | $241.22 | $241.22 |
| Continental Motors, Lease, Security deposit held as Landlord for | $1,200.00 | $1,200.00 | $1,200.00 |
| Las Palmas Nighclub, Inc. | $1.00 | $1.00 | $1.00 |
| Continental motors | $1.00 | $1.00 | $1.00 |
| Las Palmas Back Door | $1.00 | $1.00 | $1.00 |
| Las Palmas Club | $1.00 | $1.00 | $1.00 |
| Dance Assembly License | $1.00 | $1.00 | $1.00 |
| **TOTALS:** | **$285,485.08** | **$0.00**   **$285,485.08** | **$285,485.08** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $699,315.08 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $699,315.08 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $210,800.00 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $210,800.00 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $499,315.08 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $499,315.08 |
| J.  Total Exemptions Claimed | $213,830.00 |
| K.  Total Non-Exempt Property Remaining  (G-J) | $285,485.08 |

*Copyright 1996-2005, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

IN RE:  **Delia Garcia Diaz**

CASE NO  **05-94877-H1-11**
(If Known)

CHAPTER  **11**

*AMENDED 12/8/2005*
## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐  Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Maxie Strong**<br>**6025 Clover Ridge St.**<br>**Houston, TX 77087** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Lien: First Mortgage**<br>COLLATERAL:<br>**4670 Telephone Road, Houston, TX 77087**<br>REMARKS:<br><br><br>COLLATERAL VALUE:       **$200,000.00** | | | | $210,800.00 | $10,800.00 |
| ACCT #:<br><br>**Michael Von Blon, Attorney**<br>**1231 Antoine**<br>**Houston, TX 77055** | | - | DATE INCURRED:     **6/21/2004**<br>NATURE OF LIEN:<br>**Lien: Executed Judgment Lien**<br>COLLATERAL:<br>**Non-exempt Real Property**<br>REMARKS:<br>**Lawsuit, Default judgment 03/01/2004**<br>**against debtor, Attorney fees as 40%**<br>**of judgment of Patricia Garcia lawsuit**<br>COLLATERAL VALUE:       **$480,000.00** | X | | X | $1.00 | |
| ACCT #:<br><br>**Patricia Garcia as next friend of minors**<br>**Demetria Garcia, Blanco V Pardo, Vidal**<br>**Pardo, Jr., c/o Michael Von Blon, Atty.**<br>**1231 Antoine**<br>**Houston, TX 77055** | | - | DATE INCURRED:     **6/21/2004**<br>NATURE OF LIEN:<br>**Lien: Executed Judgment Lien**<br>COLLATERAL:<br>**Non-Exempt Real Property**<br>REMARKS:<br>**Lawsuit, Default judgment 03/01/2004**<br>**against debtor, Judgement of**<br>**$1,500,000 less 40% attorney's fees to**<br>**Michael Von Blon**<br>COLLATERAL VALUE:       **$380,000.00** | X | | X | $1,500,000.00 | $1,120,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | Total for this Page (Subtotal) > | | | | $1,710,801.00 | $1,130,800.00 |
| | | | Running Total > | | | | $1,710,801.00 | $1,130,800.00 |

_____  **No**  _____ continuation sheets attached

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:  **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3), as amended by § 1401 of Pub. L. 109-8.

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____1____ continuation sheets attached

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**
(If Known)

CHAPTER   **11**

*AMENDED 12/8/2005*
## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)
*Continuation Sheet No. 1*

| TYPE OF PRIORITY | Taxes |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | | - | DATE INCURRED:   **96-Present**<br>CONSIDERATION:<br>**1040 Taxes**<br>REMARKS: | | | X | $52,000.00 | $52,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Total for this Page (Subtotal) > | | | | $52,000.00 | $52,000.00 |
| | | | Running Total > | | | | $52,000.00 | $52,000.00 |

IN RE:  **Delia Garcia Diaz**

CASE NO  <u>05-94877-H1-11</u>
(If Known)

CHAPTER  **11**

*AMENDED 12/8/2005*
## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Dale O. Johnson, Attorney<br>230 The Espirit Bldg.<br>515 Capital of Texas Hwy. S.<br>Austin, TX 78746 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS:<br>**Legal fees due to collection of default judgment.** | X | X | X | $1.00 |
| ACCT #:<br>Entertainment by J & J Inc.<br>c/o Riecke Baumann<br>1601 Westheimer<br>Houston, TX 77006 | | - | DATE INCURRED:    06/12/2002<br>CONSIDERATION:<br>**Judgment & Attorney Fees**<br>REMARKS: | | | X | $16,000.00 |
| ACCT #:<br>John A. Barker, Attorney<br>5959 West Loop S., Ste. 500<br>Bellaire, TX 77401 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS:<br>**Default judgment for attorney's fees in litigation Cause No. 2001-35678** | | | X | $6,407.00 |
| ACCT #:  0281<br>Manfred H. Quentel, DDS<br>7810 FM 1960 East, Ste. 105<br>Humble, TX 77346 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Dental**<br>REMARKS: | | | | $1,015.00 |
| ACCT #:<br>Maxie Strong<br>6025 Clover Ridge St.<br>Houston, TX 77087 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Judgement**<br>REMARKS:<br>**Default judgmenet for attorney's fees in litigation Cause No. 2001-35678** | | | X | $28,013.00 |
| ACCT #:<br>Pete Weston<br>3100 Weslayan, Ste. 250<br>Houston, TX 77027 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $23,315.00 |
| | | | | | | | |

<u>   No   </u>  continuation sheets attached

Total for this Page (Subtotal) >    $74,751.00

Running Total >    $74,751.00

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Continental Motors**<br>4678 Telephone Rd.<br>Houston, TX 77087 | Lease for three years as landlord of used car lot, $1,500 mo, one month deposit of $1,200, landlord pays property taxes $2,500 yr.<br><br>.<br>Lease on non-residential real property.<br>Contract to be ASSUMED |
| **Las Palmas Back Door**<br>5618 Telephone Rd.<br>Houston, TX 77087 | Lease for ten years for the benefit of Las Palmas Nightclub, Inc. as landlord to Refugio Medina of bar/lounge; $3,500 mo, landlord pays property taxes $6,500 yr.<br><br>.<br>Lease on non-residential real prop<br>Contract to be ASSUMED |
| **Las Palmas Club**<br>4660 Telephone Rd.<br>Houston, TX 77087 | Lease for benefit of Las Palmas Nighclub, Inc. as landlord to Alberto Valdez of bar/lounge, $3,300 mo for five years, landlord pays property taxes of $4,500 yr.<br><br>.<br>Lease on non-residential real prop<br>Contract to be ASSUMED |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## SCHEDULE H (CODEBTORS)

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Divorced** • | R. Diaz, Jr. | 1990 | Child | | | |
| | J. Diaz | 1992 | Child | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Sales Manager, Part Time | |
| Name of Employer | La Princesa Boutique | |
| How Long Employed | 1.5 yrs | |
| Address of Employer | 727 Freeport St., Ste. #7 Houston, TX 77015 | |

| | DEBTOR | SPOUSE |
|---|---|---|
| **Income:  (Estimate of average monthly income)** | | |
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $0.00 | |
| Estimated monthly overtime | $0.00 | |
| *SUBTOTAL* | **$0.00** | |
| LESS PAYROLL DEDUCTIONS | | |
|    A. Payroll taxes (includes social security tax if B. is zero) | $0.00 | |
|    B. Social Security Tax | $0.00 | |
|    C. Medicare | $0.00 | |
|    D. Insurance | $0.00 | |
|    E. Union dues | $0.00 | |
|    F. Retirement | $0.00 | |
|    G. Other (specify) _____ | $0.00 | |
|    H. Other (specify) _____ | $0.00 | |
|    I. Other (specify) _____ | $0.00 | |
|    J. Other (specify) _____ | $0.00 | |
|    K. Other (specify) _____ | $0.00 | |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$0.00** | |
| *TOTAL NET MONTHLY TAKE HOME PAY* | **$0.00** | |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $8,300.00 | |
| Income from real property | $0.00 | |
| Interest and dividends | $0.00 | |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | |
| Social Security or other government assistance (specify) | $0.00 | |
| Pension or retirement income | $0.00 | |
| Other monthly income (specify below) | | |
|    1. La Princesa Bautismal Boutique income | $860.00 | |
|    2. _____ | $0.00 | |
|    3. _____ | $0.00 | |
| *TOTAL MONTHLY INCOME* | **$9,160.00** | |

## TOTAL COMBINED MONTHLY INCOME  $9,160.00

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Delia Garcia Diaz**

CASE NO    **05-94877-H1-11**

CHAPTER    **11**

*AMENDED 12/8/2005*

## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate
schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rental for mobile home)<br>Are real estate taxes included?        ☐ Yes   ☑ No<br>Is property insurance included?        ☐ Yes   ☑ No | |
| **Utilities:**  Electricity and heating fuel<br>          Water and sewer<br>          Telephone<br>          Other: | $390.00<br>$53.00<br>$134.00 |
| Home maintenance (repairs and upkeep)<br>Food<br>Clothing<br>Laundry and dry cleaning<br>Medical and dental expenses (not covered by insurance)<br>Transportation (not including car payments)<br>Recreation, clubs and entertainment, newspapers, magazines, etc.<br>Charitable contributions | $100.00<br>$590.00<br>$75.00<br>$30.00<br>$345.00<br>$130.00<br>$50.00 |
| **Insurance**  (not deducted from wages or included in home mortgage payments)<br>          Homeowner's or renter's<br>          Life<br>          Health<br>          Auto<br>          Other: | $110.00<br><br>$401.00<br>$120.00 |
| Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: Residence Ad Valorem, Self-Emp | $330.00 |
| **Installment payments:**  (In Chapter 12 and 13 cases, do not list payments included in the plan)<br>          Auto:<br>          Other:<br>          Other:<br>          Other: | |
| Alimony, maintenance, and support paid to others:<br>Payments for support of add'l dependents not living at debtor's home:<br>Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>Other:   See attached personal expenses<br>Other: | <br><br>$3,351.89<br>$466.50 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$6,676.39** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular
interval.

A. Total projected monthly income
B. Total projected monthly expenses (including separate spouse budget if applicable)
C. Excess income (A minus B)
D. Total amount to be paid into plan each                              (interval)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## EXHIBIT TO SCHEDULE J

### Itemized Personal Expenses

| Expense | Amount |
|---|---|
| Cable | $77.00 |
| Internet | $22.00 |
| Cellular Phone | $168.00 |
| Barber/Beauty Parlor | $50.00 |
| Toiletries/Cleaning Supplies/Hygene | $120.00 |
| Children School & Extracurricular Activi | $12.50 |
| Maintenence Fees/Homeowners Dues | $17.00 |
| **Total >** | **$466.50** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: **Delia Garcia Diaz**

CASE NO    05-94877-H1-11

CHAPTER    11

*AMENDED 12/8/2005*
**EXHIBIT TO SCHEDULE J - BUSINESS INCOME AND EXPENSES**

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:    **$99,600.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:    **$8,300.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | $0.00 |
| 4. Payroll Taxes: | $0.00 |
| 5. Unemployment Taxes: | $0.00 |
| 6. Worker's Compensation: | $0.00 |
| 7. Other Taxes: | $0.00 |
| 8. Inventory Purchases (including raw materials): | $0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | $0.00 |
| 10. Rent (other than debtor's principal residence): | $2,829.85 |
| 11. Utilities: | $0.00 |
| 12. Office Expenses and Supplies: | $0.00 |
| 13. Repairs and Maintenance: | $0.00 |
| 14. Vehicle Expenses: | $0.00 |
| 15. Travel and Entertainment: | $0.00 |
| 16. Equipment Rental and Leases: | $0.00 |
| 17. Legal/Accounting/Other Professional Fees: | $0.00 |
| 18. Insurance: | $522.04 |
| 19. Employee Benefits (e.g., pension, medical, etc.): | $0.00 |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | None |
| 21. Other (Specify): | None |
| 22. Total Monthly Expenses (Add items 3 - 21) | $3,351.89 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):    **$4,948.11**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**24**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ 12/8/05 _____

Signature _____
*Delia Garcia Diaz*

Date _____

Signature _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  Delia Garcia Diaz

CASE NO   05-94877-H1-11

CHAPTER   11

*AMENDED 12/8/2005*
## STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $125,500.00 | 2003 - Botique Earnings $20,000; Gross lease receipts $104,700 |
| $125,500.00 | 2004 - Botique Earnings $20,800; Gross lease receipts $147,600 |
| $100,400.00 | 2005 - Botique & Bar Earnings $12,400; Gross lease receipts $88,000 YTD |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None ☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached List of Disbursements | | | |

None ☑

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cause No. 2001-35678 Patricia Garcia, as next friend of Demetria Garcia, Blanca Vidal Pardo and Vidal Pardo, Jr. v. Houston Harris Division Patrol, Inc., and Delia Garcia Diaz and Reuben Diaz | Wrongful death personal injury caused by another person, death April 20, 1997 Jose Vidal Pardo, shooting by Harris Patrol at Las Palmas Nightclub | 80th Judicial District Court of Harris County, Texas | Default judgment totaling $1,500,000 entered March 1, 2004 against debtor, settlement with co-defendant Harris Patrol |
| Cause No. 97-10988 In The Interest of Ruben D. Diaz and Joey N. Diaz, Children | Child Support Enforcement, Administrative writ | 245th Judicial District Court of Harris County, Texas | Pending, income withholding and other relief requested by Texas Attorney General from Ruben Diaz |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:  **Delia Garcia Diaz**

CASE NO  **05-94877-H1-11**

CHAPTER  **11**

*AMENDED 12/8/2005*

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Constable sale schedules March 1, 2005 and November 1, 2005 for benefit of Patricia Garcia, Blanca Pardo and Vidal Pardo, Jr., and Michael Von Blon** | February 7, 2005 | **Real property of debtor except homestead** |

---

### 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Tow & Koenig, PLLC**<br>**10077 Grogans Mill Rd.**<br>**The Woodlands, TX 77380** | **12/09/2005** | **$10,000** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

| | | |
|---|---|---|
| Pete W. Weston | 02/28/2005 | $4,804 plus filing fee |
| Law Offices of Pete W. Weston | 08/18/2005 | 02/28/2005 |
| 3100 Weslayan, Suite 250 | 10/15/2005 | $17,005 Chapter 13 |
| Houston, TX 77027 | Payor: Mother $10,000 | 10/15/2005 |
| | | $9,164 plus filing fee |
| | | 08/18/2005 |

---

**10. Other transfers**

None ☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None
☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None
☐   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- |
| **Las Palmas Nightclub, Inc.**<br>**1415 Somercotes Ln.**<br>**Channelview, TX 77530**<br>**Tax ID #1-76-0336823-8** | **Shell Corporation** | **10/01/1994 - Present** |

---

None
☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| A. Garza<br>3801 Kirby Dr., Ste. 108<br>Houston, TX 77098 | **March 2005 - Tax Returns** |

---

None ☑    b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Delia Diaz | 1415 Somercotes Ln.<br>Channelview, TX 77530 |

---

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

---

### 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
**STATEMENT OF FINANCIAL AFFAIRS**

*Continuation Sheet No. 5*

---

**22. Former partners, officers, directors and shareholders**

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

---

**DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____ **6** _____ sheets, and that they are true and correct.

Date _____ 12/8/05 _____

Signature
of Debtor _____
                **Delia Garcia Diaz**

Date _____

Signature _____
of Joint Debtor
(if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. Sec. 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Patricia Garcia as next friend of minors Demetria Garcia, Blanco V Pardo, Vidal Pardo, Jr., c/o Michael Von Blon, Atty. | | Lien: Executed Judgment Lien | Contingent Disputed | **$1,500,000.00** Value: $380,000.00 |
| Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | 1040 Taxes | Disputed | **$52,000.00** |
| Maxie Strong 6025 Clover Ridge St. Houston, TX 77087 | | Judgement | Disputed | **$28,013.00** |
| Pete Weston 3100 Weslayan, Ste. 250 Houston, TX 77027 | | Attorney Fees | | **$23,315.00** |
| Entertainment by J & J Inc. c/o Riecke Baumann 1601 Westheimer Houston, TX 77006 | | Judgment & Attorney Fees | Disputed | **$16,000.00** |
| Maxie Strong 6025 Clover Ridge St. Houston, TX 77087 | | Lien: First Mortgage | | **$210,800.00** Value: $200,000.00 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| John A. Barker, Attorney 5959 West Loop S., Ste. 500 Bellaire, TX 77401 | | Attorney Fees | *Disputed* | $6,407.00 |
| Manfred H. Quentel, DDS 7810 FM 1960 East, Ste. 105 Humble, TX 77346 | | Dental | | $1,015.00 |
| Dale O. Johnson, Attorney 230 The Espirit Bldg. 515 Capital of Texas Hwy. S. Austin, TX 78746 | | Legal Fees | *Contingent Unliquidated Disputed* | $1.00 |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: ___12/8/05___

Signature: _____
*Delia Garcia Diaz*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Delia Garcia Diaz**

CASE NO   **05-94877-H1-11**

CHAPTER   **11**

*AMENDED 12/8/2005*
## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___12/8/05___

Signature _____
*Delia Garcia Diaz*

Date _____

Signature _____

Continental Motors
4678 Telephone Rd.
Houston, TX 77087


Dale O. Johnson, Attorney
230 The Espirit Bldg.
515 Capital of Texas Hwy. S.
Austin, TX 78746


Delia Garcia Diaz
1415 Somercotes
Channelview, TX 77530


Entertainment by J & J Inc.
c/o Riecke Baumann
1601 Westheimer
Houston, TX 77006


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


John A. Barker, Attorney
5959 West Loop S., Ste. 500
Bellaire, TX 77401


Las Palmas Back Door
5618 Telephone Rd.
Houston, TX 77087


Las Palmas Club
4660 Telephone Rd.
Houston, TX 77087


Manfred H. Quentel, DDS
7810 FM 1960 East, Ste. 105
Humble, TX 77346

Maxie Strong
6025 Clover Ridge St.
Houston, TX 77087


Michael Von Blon, Attorney
1231 Antoine
Houston, TX 77055


Patricia Garcia as next friend of minors
Demetria Garcia, Blanco V Pardo, Vidal
Pardo, Jr., c/o Michael Von Blon, Atty.
1231 Antoine
Houston, TX 77055

Pete Weston
3100 Weslayan, Ste. 250
Houston, TX 77027


Tow & Koenig, PLLC
10077 Grogans Mill Rd.
The Woodlands, TX 77380


United States Trustee
515 Rusk Avenue, Ste. 3516
Houston, TX  77002