IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| DELIA DIAZ | § § | CHAPTER 11 BANKRUPTCY CASE NO.: 05-94877-H1-11 |
| Debtor | § § | |

NOTICE OF LEGAL CITATION
_____

TO THE HONORABLE COURT:

Pursuant to direction of the Court as made in open court at hearing on 9 January 2006 in the above entitled and numbered case, Creditors Patricia Garcia, as next friend of Vidal Pardo, Blanca Pardo, Demetria Garcia and Michael P. Von Blon, submit to the Court the following legal citation along with an attached copy regarding the preclusive effect to be given by a bankruptcy court to a state court judgment and the legal effect of a state court judgment alleged by Debtor to have been procured by extrinsic fraud: In Re Morgan, Chapter 7 Debtor. John Michael Verlander and Sharon Verlander, Plaintiff v. Ronnie Lee Morgan, Defendant; Case No. 00-32072-LK, Adv. No. 00-3051; United States Bankruptcy Court, Western District of Texas, El Paso Division.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Dale Ossip Johnson<br>Dale Ossip Johnson<br>Texas State Bar No. 10700000 |
| THE JOHNSON FIRM, P.L.L.C.<br>230 The Esprit Building | Federal ID No. 12010 |
| 515 Capital of Texas Hwy S.<br>Austin, Texas 78746 | ATTORNEY FOR PATRICIA GARCIA, AS NEXT FRIEND OF VIDAL PARDO, JR. AND BLANCA VIDAL PARDO, DEMETRIA GARCIA AND MICHAEL P. VON BLON |

Telephone:512-328-7764
Fax:     512-328-0347
Email: ossip@swbell.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January 2006, a true and correct copy of Notice of Legal Citation was served via electronic service or by depositing the same in the U.S. mail, postage prepaid and properly addressed as follows:

Delia Garcia Diaz
1415 Somercotes
Channelview, TX 77530
Debtor

BY FIRST CLASS MAIL

Julie Koenig, Esq.
TOW & KOENIG
10077 Grogans Mill Rd., Ste. 145
The Woodlands, Texas 77380
Attorney for Debtor

BY FIRST CLASS MAIL AND ELECTRONIC SERVICE

Richard W. Simmons
U.S. Trustee
Attn: Christine A. March, Asst. U.S. Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002

BY FIRST CLASS MAIL AND ELECTRONIC SERVICE

Maxie Strong
6025 Clover Ridge St.
Houston, TX 77087
Creditor

BY FIRST CLASS MAIL

John A. Barker, Esq.
Attorney and Counselor at Law
5959 West Loop South, Suite 500
Belaire, TX  77401
Attorney For Maxie Strong

BY FIRST CLASS MAIL

Department of Treasury- IRS
INTERNAL REVENUE SERVICE
1919 Smith Street
Stop 5022 HOU
Houston, Texas 77002

Internal Revenue Service
1919 Smith, Stop 5024 HOU
Houston, Texas 77002

BY FIRST CLASS MAIL

Manfred H. Quentel, D.D.S.
7810 FM 1900 East, Suite 105
Houston, Texas 77346
Creditor

BY FIRST CLASS MAIL

ENTERTAINMENT BY J.J., INC.
c/o Riecke Baumann
1607 Westheimer
Houston, Texas 77006
Creditor

BY FIRST CLASS MAIL

                                      /s/ Dale Ossip Johnson
                                      Dale Ossip Johnson, Esq.