UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Petition Date : 10/16/2005
CASE NUMBER: 05-94877-H2-11

CASE NAME: Delia Garcia Diaz

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF _November 2005_

All Individual Debtor-In-Possession Checking, Savings, Brokerage All Non-Debtor-In-Possession Accounts:
Accounts :

| BANK NAME: | ACCOUNT NO.: | BANK NAME: | ACCOUNT NO.: |
|---|---|---|---|
| 1. _Bank of America_ | _3755535393_ | 1. | |
| 2. _Bank of America_ | _375 5535403_ | 2. | |
| 3. | | 3. | |
| (attach list if needed) | | (attach list if needed) | |

A copy of a reconciled statement should be attached for each and all accounts.

Total Disbursements from MOR-7   +   Total Disbursements from MFR-2   =   Total Disbursements
(When the debtor is a sole proprietorship)          (When the debtor is an individual)

_7673.76_          _____          _7673.76_

What is the status of your Plan of Reorganization? _PENDING_

Are all U.S. Trustee Quarterly Fee Payments current? (Yes)   No

Have any pre-petition liabilities been paid ? Yes  No  If so, explain

Are all post-petition liabilities, including taxes, being paid within terms? (Yes) No

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED _[signature]_
(ORIGINAL SIGNATURE)

ATTORNEY NAME: JULIE M. KOENIG
FIRM: Attorney at Law
ADDRESS: 10677 Gregans Mill Rd. Ste. 145
ADDRESS:
CITY, STATE, ZIP: THE WOODLANDS, TX 77380
TELEPHONE: 281-681-9100
FAX 281-681-1941

MFR-1

This FORM is for INDIVIDUALS ONLY

Petition Date:   10/16/2005

CASE NAME:   Delia Garcia Diaz

CASE NUMBER:   05-94877-H2-11

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE 1 & J | MONTH Oct 16-31/05 | MONTH Nov '05 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| RECEIPTS | | | | | | | |
| 1. CASH - BEGINNING OF MONTH | | 4038.86 | 2890.96 | | | | |
| 2. Wages, Salary, Commissions (net) | | 600.00 | 860- | | | | |
| 3. Rents, Royalties, Dividends, Interest | | | 8300- | | | | |
| 4. Social Security, Pension, etc. | | | | | | | |
| 5. Other (attach list) Savings - Bank | | 241.22 | 9100.00 | | | | |
| TOTAL RECEIPTS | | 841.22 | | | | | |
| DISBURSEMENTS | | | | | | | |
| Draw from (Contribution to) Operation of Business MOR-7 | | | | | | | |
| 6. Rent or Home Mortgage Payment | | | 2829.85 | | | | |
| 7. Utilities (electric/gas, water, telephone) | | | 1018.25 | | | | |
| 8. Home Maintenance (repairs and upkeep) | | 535.05 | 35.06 | | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 267.30 | 1142.59 | | | | |
| 10. Medical and Dental | | 1176.67 | 1311.58 | | | | |
| 11. Transportation (not including car payment) | | | 29.41 | | | | |
| 12. Recreation, Clubs, and Entertainment | | | 123.44 | | | | |
| 13. Insurance (not included in wages or home mortgage) | | 20.20 | 875.58 | | | | |
| 14. Taxes (not included in wages or home mortgage) | | | | | | | |
| 15. Auto Payment | | | | | | | |
| 16. Credit Cards | | | | | | | |
| 17. Other (attach list) Bank Service Charge | | | 416- | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | | 1989.12 | 7673.76 | | | | |
| 18. PROFESSIONAL FEES | | | | | | | |
| 19. U.S. TRUSTEE FEES | | | | | | | |
| TOTAL DISBURSEMENTS | | 1989.12 | 7673.76 | | | | |
| 20. NET CASH FLOW | | <1147.90> | 1426.24 | | | | |
| 21. CASH - END OF MONTH | | 2890.96 | 4317.20 | | | | |

MFR-2

This FORM is for **INDIVIDUALS ONLY**

CASE NAME:  Delia Garcia Diaz

CASE NUMBER:05-94877-H2-11

| POST-PETITION LIABILITIES | MONTH OCT 16-3/05 | MONTH NOV '05 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| SECURED: | | | | | | | |
| MAXIE STROUG | 202,497.79 | 201,271.05 | | | | | |
| 4660 Telephone | | | | | | | |
| (attach list) | | | | | | | |
| TOTAL SECURED | 202,497.79 | 201,271.05 | | | | | |
| UNSECURED: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| (attach list) | | | | | | | |
| TOTAL UNSECURED | | | | | | | |
| TAXES: 4660 Telephone | | 6,735.17 | | | | | |
| 4628 Telephone | | 4,615.25 | | | | | |
| 5018 Telephone | | 5,758.99 | | | | | |
| (attach list) 1415 Comercotes | | 4,634.26 | | | | | |
| TOTAL TAXES | | 21,743.67 | | | | | |
| TOTAL POST-PETITION LIABILITIES (for individual) | 202,497.79 | 223,014.72 | | | | | |

MFR-3

Revised/4/06

12/21/05

# Delia Garcia Diaz
# Profit and Loss
### November 2005

|  | Nov '05 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| La Princesa Boutique | 800.00 |
| Rent - 4660 Telephone | 3,300.00 |
| Rent - 4678 Telephone | 1,500.00 |
| Rent - 5618 Telephone | 3,500.00 |
| **Total Income** | 9,100.00 |
| **Expense** | |
| Bank Service Charges | 46.00 |
| **Insurance** | |
| 4660 Telephone | 474.58 |
| Medical | 401.00 |
| **Total Insurance** | 875.58 |
| **Medical** | |
| Orthodontist | 143.00 |
| RX | 203.58 |
| Visits | 965.00 |
| **Total Medical** | 1,311.58 |
| **Miscellaneous** | |
| Clothing | 171.50 |
| Gas | 120.00 |
| Recreation | 123.44 |
| Miscellaneous - Other | 139.95 |
| **Total Miscellaneous** | 554.89 |
| Mortgage - Maxie Strong | 2,829.85 |
| **Repairs** | |
| Automobile | 171.41 |
| Jewlry | 35.06 |
| **Total Repairs** | 206.47 |
| **Supplies** | |
| Grocery | 651.56 |
| Pool | 130.99 |
| School | 48.59 |
| **Total Supplies** | 831.14 |
| **Utilities** | |
| Cable | 76.81 |
| Cellular | 311.00 |
| Electricity | 444.36 |
| Internet | 22.91 |
| Phone | 118.88 |
| Water | 44.29 |
| **Total Utilities** | 1,018.25 |
| **Total Expense** | 7,673.76 |
| **Net Ordinary Income** | 1,426.24 |
| **Net Income** | 1,426.24 |

12/21/05

# Delia Garcia Diaz
# Balance Sheet
### As of November 30, 2005

|  | Nov 30, '05 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| B of A - Operating | 77.00 |
| B OF A - Tax | 77.00 |
| Cash | 4,163.20 |
| **Total Checking/Savings** | 4,317.20 |
| **Total Current Assets** | 4,317.20 |
| **TOTAL ASSETS** | 4,317.20 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Net Income | 4,317.20 |
| **Total Equity** | 4,317.20 |
| **TOTAL LIABILITIES & EQUITY** | 4,317.20 |