## PAYMENT SCHEDULE

| Class | Creditor | Payment Frequency | Duration | Amount |
|---|---|---|---|---|
| 1 | Tow & Koenig | As Agreed | As Agreed | $15,000 - $20,000* |
|  | Zimmerman, Axelrad, Meyer, Stern & Wise | As Agreed | As Agreed | $15,443.46 * |
| 2 | U.S. Trustee | Quarterly | Until Entry of Final Decree | $500.00 est. |
| 3 | IRS | Monthly | 60 months | $245.53 |
| 4 | Harris Cty/City of Houston, HISD | Annually | When due | Variable |
| 5A | Secured Claim of Maxie Strong | Monthly | 8 years | $2,829.85 |
| 5A | Secured Claim of John Barker | Monthly | 60 months | $350.00 |
| 5B | Judgment Claim of Maxie Strong | Monthly | 60 months | $139.35 |
| 6 | Judgment Claim of Entertainment by J&J, Inc. | Monthly | 60 months | $252.05 |
|  | Judgment Claim of Riecke Baumann | Monthly | 60 months | $58.16 |
| 7 | Unsecured Claims Under $2,000.00 | One Time Payment | On Time Payment | $1,015.00 |
| 8 | Unsecured Claims Over $2,000.01 | Monthly | 60 months | $4,176.54 |
|  |  |  |  |  |

* Subject to Court Approval

**Exhibit "A"**