## LIQUIDATION ANALYSIS

| Description of Asset | Fair Market Value | Liquidation Value |
|---|---|---|
| 1. Cash, Funds on Deposit and Deposits | $ 5,480.08 | $ 5,480.08 |
| 2. 4660 & 4670 Telephone Road | $ 223,794.00 | $ 167,845.50* |
| 3. 5618 Telephone Road | $ 191,358.00 | $ 143,518.50* |
| 4. 4678 Telephone Road | $ 153,354.00 | $ 115,015.50* |
| | | |
| **Total:** | $ 573,986.08 | $ 431,859.58 |

* This is 75% of value.

Total Asset available for distribution after liquidation:  $431,859.58

| | | |
|---|---|---:|
| 1. | Trustee's Fees | 25,092.98 |
| 2. | Manager's fee until sale* | 2,490.00 |
| 3. | Realtor Fees & Closing Costs (10%) | 43,185.96 |
| 4. | Mortgage on 4660 & 4670 Telephone Rd. | 185,770.21 |
| 5. | IRS Priority Claim | 14,731.83 |
| 6. | Strong & J & J Judgment claims | 24,941.64 |

Remainder for Unsecured Creditors  135,646.96

\* This assumes a charge of 10% per month of lease payments collected for the estate ($8,300 collected per month for 3 months = $2,490.00).

**Exhibit "B"**

|  | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Totals |
|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | |
| Lease Payments | 8,300 | 8,300 | 8,300 | 8,300 | 8,300 | 8,300 | 116,200 |
| Other income | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 10,800 |
| | | | | | | | 0 |
| Total Revenues | 10,100 | 10,100 | 10,100 | 10,100 | 10,100 | 10,100 | 60,600 |
| **Expenses** | | | | | | | |
| Mortgage Payment | 2,830 | 2,830 | 2,830 | 2,830 | 2,830 | 2,830 | 16,980 |
| Insurance | 522 | 522 | 522 | 522 | 522 | 522 | 3,132 |
| Living Expenses | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 11,400 |
| Total Expenses | 5,252 | 5,252 | 5,252 | 5,252 | 5,252 | 5,252 | 31,512 |
| Gross Profit | 4,848 | 4,848 | 4,848 | 4,848 | 4,848 | 4,848 | 29,088 |
| Net Income | 4,848 | 4,848 | 4,848 | 4,848 | 4,848 | 4,848 | 29,088 |
| Class 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 2 | 0 | 0 | 500 | 0 | 0 | 0 | 500 |
| Class 3 | 0 | 246 | 246 | 246 | 246 | 246 | 1,230 |
| Class 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 5A | 0 Expenses + 350 | Expenses + 350 | Expenses + 350 | Expenses + 350 | Expenses +350 | Expenses + 350 | 1,750 |
| Class 5B | 0 | 139 | 139 | 139 | 139 | 139 | 696 |
| Class 6 | 0 | 310 | 310 | 310 | 310 | 310 | 1,550 |
| Class 7 | 1,015 | 0 | 0 | 0 | 0 | 0 | 1,015 |
| Class 8 | 4,176 | 4,176 | 4,176 | 4,176 | 4,176 | 4,176 | 25,056 |
| Total Plan Payments | 5,191 | 4,871 | 5,371 | 4,871 | 4,871 | 4,871 | 30,047 |
| Net After Plan Payments | -343 | -23 | -523 | -23 | -23 | -23 | -958 |

Delia Garcia Diaz Exhibit "C"