HCAD Detail Sheet
Page 1 of 2



Sunday

HOME    RECORD SEARCH    FORMS    MAPS    RESOURCES    HELP

Tax Year: 2006

**HARRIS COUNTY APPRAISAL DISTRICT**
**REAL PROPERTY ACCOUNT INFORMATION**
**0650170080015**

Print

### Ownership History
Owner and Property Information

| | | | |
|---|---|---|---|
| Owner Name & Mailing Address: | DIAZ DELIA G<br>1415 SOMERCOTES LN<br>CHANNELVIEW TX 77530-4801 | Legal Description: | LTS 15 & 16 & S 129 FT OF LT 17 BLK H<br>HOUSTON ACREAGE ESTATES |
| | | Property Address: | 5618 TELEPHONE RD<br>HOUSTON TX 77087 |

| State Class Code | | Land Use Co |
|---|---|---|
| F1 -- Real, Commercial | | 4327 -- Bar/Lo |

| Land Area | Building Area | Neighborhood | Map Facet |
|---|---|---|---|
| 28,014 SF | 13,240 | 5943.16 | 5554D |

### Value Status Information

| Capped Account | Value Status | Notice Date | ARB Status | St |
|---|---|---|---|---|
| No | Noticed | 4/25/2006 | Not Certified | |

### Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | 2005 Rate | 2006 Rate | |
|---|---|---|---|---|---|
| None | 001 | HOUSTON ISD | 1.62000 | | |
| | 040 | HARRIS COUNTY | 0.39986 | | |
| | 041 | HARRIS CO FLOOD CNTRL | 0.03322 | | |
| | 042 | PORT OF HOUSTON AUTHY | 0.01474 | | |
| | 043 | HARRIS CO HOSP DIST | 0.19216 | | |
| | 044 | HARRIS CO EDUC DEPT | 0.00629 | | |
| | 048 | HOU COMMUNITY COLLEGE | 0.09577 | | |
| | 061 | CITY OF HOUSTON | 0.64750 | | |

### Valuations

| 2005 Value | | | | | 2006 Value | |
|---|---|---|---|---|---|---|
| | Market | | Appraised | | | Market |
| Land | 70,035 | | Land | | | 70,035 |
| Improvement | 121,323 | | Improvement | | | 247,298 |
| Total | 191,358 | | 191,358 Total | | | 317,333 |

### 5-Year Value History
Land
Market Value Land

| Line | Description | Site | Unit | Units | Size | Site | Appr O/R | Appr O/R | Total | Unit | Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|

Exhibit A-1

http://www.hcad.org/records/details.asp?tab=&bld=1&card=1&taxyear=2006&acct=0650...    6/25/2006

|   | Code | Type | | | Factor | Factor | Factor | Reason | Adj | Price | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4327 -- Bar/Lounge | SF1 | SF | 28,014 | 1.00 | 1.00 | 1.00 | -- | 1.00 | $2.50 | $2 |

| Building | Year Built | Type | Building Style | Quality | Impr Sq Ft | Bu |
|---|---|---|---|---|---|---|
| 1 | 1946 | Bar/Lounge | 8442 -- Bar/Tavern | Fair | 13,240 | |

**Building Details (1)**

**No sketch is available for this property.**

### Building Data

| Element | Detail |
|---|---|
| Cooling Type | Central / Forced |
| Construction Type | Wood / Steel Joist |
| Functional Utility | Fair |
| Heating Type | Hot Air |
| Partition Type | Normal |
| Physical Condition | Fair |
| Plumbing Type | Adequate |
| Sprinkler Type | None |
| Exterior Wall | Brick / Stone |

### Building Fixtures

| Units | Detail |
|---|---|
| 16 | Wall Height |
| 10 | Wall Height |
| 1 | OH Door: Wood / Mtl |
| 100 | Interior Finish Percent |

### Exterior Data

| Description |
|---|
| BASE AREA PRI |

### Building Features

| Units | Detail |
|---|---|
| 1 | Paving - Asphalt |

HCAD Detail Sheet                                              Page 1 of 2



| | HOME | RECORD SEARCH | FORMS | MAPS | RESOURCES | HELP |

Tax Year: 2006

HARRIS COUNTY APPRAISAL DISTRICT
REAL PROPERTY ACCOUNT INFORMATION
0591650000106

🖨 Print

### Ownership History
#### Owner and Property Information

| | | | |
|---|---|---|---|
| Owner Name & Mailing Address: | DIAZ DELIA<br>1415 SOMERCOTES LN<br>CHANNELVIEW TX 77530-4801 | Legal Description:<br><br>Property Address: | TRS 6 6A 6B 7A & 7B<br>PARKVIEW<br>4670 TELEPHONE RD<br>HOUSTON TX 77087 |

| State Class Code | | Land Use Co |
|---|---|---|
| F1 -- Real, Commercial | | 4327 -- Bar/Lo |

| Land Area | Building Area | Neighborhood | Map Facet |
|---|---|---|---|
| 45,527 SF | 3,825 | 5943.15 | 5554B |

#### Value Status Information

| Capped Account | Value Status | Notice Date | ARB Status |
|---|---|---|---|
| No | Value Unchanged, Notice Not Required | 4/19/2006 | Not Certified |

#### Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | 2005 Rate | 2006 Rate |
|---|---|---|---|---|
| None | 001 | HOUSTON ISD | 1.62000 | |
| | 040 | HARRIS COUNTY | 0.39986 | |
| | 041 | HARRIS CO FLOOD CNTRL | 0.03322 | |
| | 042 | PORT OF HOUSTON AUTHY | 0.01474 | |
| | 043 | HARRIS CO HOSP DIST | 0.19216 | |
| | 044 | HARRIS CO EDUC DEPT | 0.00629 | |
| | 048 | HOU COMMUNITY COLLEGE | 0.09577 | |
| | 061 | CITY OF HOUSTON | 0.64750 | |

#### Valuations

| | 2005 Value | | | | 2006 Value |
|---|---|---|---|---|---|
| | Market | Appraised | | | Market |
| Land | 159,344 | Land | | | 159,344 |
| Improvement | 64,450 | Improvement | | | 64,450 |
| Total | 223,794 | 223,794 Total | | | 223,794 |

#### 5-Year Value History
##### Land
Market Value Land

| Line | Description | Site Code | Unit Type | Units | Size Factor | Site Factor | Appr O/R Factor | Appr O/R Reason | Total Adj | Unit Price | Adj Pri |
|---|---|---|---|---|---|---|---|---|---|---|---|

Exhibit A-2

http://www.hcad.org/records/details.asp?tab=&bld=1&card=1&taxyear=2006&acct=0591...   6/25/2006

| 1 | 4327 -- Bar/Lounge | SF1 | SF | 45,527 | 1.00 | 1.00 | 1.00 | -- | 1.00 | $3.50 | $3. |

### Building

| Building | Year Built | Type | Style | Quality | Impr Sq Ft | Bu |
|---|---|---|---|---|---|---|
| 1 | 1965 | Bar/Lounge | 8442 -- Bar/Tavern | Fair | 3,825 | |

Building Details (1)

**No sketch is available for this property.**

#### Building Data

| Element | Detail |
|---|---|
| Cooling Type | Central / Forced |
| Construction Type | Steel, Light |
| Functional Utility | Normal |
| Heating Type | Hot Air |
| Partition Type | Normal |
| Physical Condition | Fair |
| Plumbing Type | Adequate |
| Sprinkler Type | None |
| Exterior Wall | Metal, Light |

#### Building Fixtures

| Units | Detail |
|---|---|
| 12 | Wall Height |
| 100 | Interior Finish Percent |

#### Exterior Data

| Description |
|---|
| BASE AREA PRI |

#### Building Features

| Units | Detail |
|---|---|
| 3 | Paving - Asphalt |



Sunday

HOME   RECORD SEARCH   FORMS   MAPS   RESOURCES   HELP

Tax Year: 2006

**HARRIS COUNTY APPRAISAL DISTRICT**
**REAL PROPERTY ACCOUNT INFORMATION**
**0591650000070**

Print

### Ownership History

#### Owner and Property Information

| | | | |
|---|---|---|---|
| Owner Name & Mailing Address: | DIAZ DELIA GARICA<br>1415 SOMERCOTES LN<br>CHANNELVIEW TX 77530-4801 | Legal Description:<br>Property Address: | TR 7<br>PARKVIEW<br>4678 TELEPHONE RD<br>HOUSTON TX 77087 |

| State Class Code | | Land Use Co(de) |
|---|---|---|
| F1 -- Real, Commercial | | 4329 -- Used Ca(rs) |

| Land Area | Building Area | Neighborhood | Map Facet |
|---|---|---|---|
| 35,401 SF | 1,417 | 5943.15 | 5554B |

#### Value Status Information

| Capped Account | Value Status | Notice Date | ARB Status | St |
|---|---|---|---|---|
| No | Noticed | 4/25/2006 | Not Certified | |

#### Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | 2005 Rate | 2006 Rate |
|---|---|---|---|---|
| None | 001 | HOUSTON ISD | 1.62000 | |
| | 040 | HARRIS COUNTY | 0.39986 | |
| | 041 | HARRIS CO FLOOD CNTRL | 0.03322 | |
| | 042 | PORT OF HOUSTON AUTHY | 0.01474 | |
| | 043 | HARRIS CO HOSP DIST | 0.19216 | |
| | 044 | HARRIS CO EDUC DEPT | 0.00629 | |
| | 048 | HOU COMMUNITY COLLEGE | 0.09577 | |
| | 061 | CITY OF HOUSTON | 0.64750 | |

#### Valuations

| | 2005 Value | | | 2006 Value |
|---|---|---|---|---|
| | Market | Appraised | | Market |
| Land | 123,904 | Land | | 123,904 |
| Improvement | 29,450 | Improvement | | 38,221 |
| Total | 153,354 | 153,354 Total | | 162,125 |

#### 5-Year Value History

Land

Market Value Land

| Line | Description | Site Code | Unit Type | Units | Size Factor | Site Factor | Appr O/R Factor | Appr O/R Reason | Total Adj | Unit Price | Adj Pr |
|---|---|---|---|---|---|---|---|---|---|---|---|

Exhibit A-3

http://www.hcad.org/records/details.asp?tab=&bld=1&card=1&taxyear=2006&acct=0591...   6/25/2006

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4329 -- Used Car Lot | SF1 | SF | 35,401 | 1.00 | 1.00 | 1.00 | Corner or Alley | 1.00 | $3.50 | $3 |

| Building | Year Built | Type | Building Style | Quality | Impr Sq Ft | |
|---|---|---|---|---|---|---|
| 1 | 1950 | Retail Single-Occupa | 8353 -- Retail Store | Above Average | 1,417 | |

Building Details (1)

**No sketch is available for this property.**

### Building Data

| Element | Detail |
|---|---|
| Cooling Type | Central / Forced |
| Construction Type | Wood / Steel Joist |
| Functional Utility | Normal |
| Heating Type | Hot Air |
| Partition Type | Normal |
| Physical Condition | Normal |
| Plumbing Type | Adequate |
| Sprinkler Type | None |
| Exterior Wall | Frame / Res Stucco |

### Building Fixtures

| Units | Detail |
|---|---|
| 9 | Wall Height |
| 100 | Interior Finish Percent |

### Exterior Data

| Description |
|---|
| BASE AREA PRI |

### Building Features

| Units | Detail |
|---|---|
| 1 | CANOPY ONLY |
| 1 | OLD STORAGE BLDGS |